**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN _____ District of _GEORGIA_____
(State)

Case number *(if known):* _____ Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | CWI CHEROKEE LF LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | Cherokee Industrial Landfill |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8 4 – 4 9 1 5 0 8 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3284 NORTHSIDE PARKWAY,<br>Number  Street | _____<br>Number     Street |
| SUITE 600 | _____<br>P.O. Box |
| ATLANTA          GA      30327<br>City          State    ZIP Code | _____<br>City          State    ZIP Code |
| _____<br>County | **Location of principal assets, if different from principal place of business**<br>1750 Cane Creek Road<br>Number     Street<br><br>_____<br>Cherokee, Alabama 35616<br>City          State    ZIP Code |

5. **Debtor's website** (URL) _____

Debtor    **CWI CHEROKEE LF LLC**
Name _____

Case number (*if known*)_____

---

**6. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

<u>5622</u> __ __

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

Debtor    CWI CHEROKEE LF LLC                                                    Case number (if known)_____
          Name

---

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☒ No |
|----|----|----|

☐ Yes.   District _____   When _____   Case number _____
                                                MM / DD / YYYY

          District _____   When _____   Case number _____
                                                MM / DD / YYYY

---

| 10. | **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☒ No |
|----|----|----|

☐ Yes.   Debtor _____   Relationship _____

          District _____   When _____

          Case number, if known _____          MM  /  DD  / YYYY

---

| 11. | **Why is the case filed in *this district*?** | *Check all that apply:* |
|----|----|----|

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

| 12. | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** |
|----|----|

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☒ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?  Ala. Dept. of Env. Mgmt. alleges landfill poses hazard due to leachate accumulation.

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  1750 Cane Creek Road
                           Number        Street

                           _____

                           Cherokee                          AL      35616
                           City                              State ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency   BYARS WRIGHT INSURANCE

        Contact name _____

        Phone     205-221-3621

---

**Statistical and administrative information**

---

Debtor  **CWI CHEROKEE LF LLC**
_____
Name

Case number *(if known)*_____

---

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☒ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/07/2023
          MM   / DD  / YYYY

**✗** _signature_
Signature of authorized representative of debtor

CWI Alabama Member, LLC, by Stephen E. Witmer, its Manager
_____
Printed name

Title  Manager
_____

---

| Debtor | CWI CHEROKEE LF LLC | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**18. Signature of attorney**

✖ ___ /s/ John A. Christy _____     Date __03/07/2023__

Signature of attorney for debtor                          MM  / DD / YYYY

John A. Christy
_____
Printed name

Schreeder, Wheeler & Flint, LLP
_____
Firm name

1100 Peachtree Street NE, Suite 800
_____
Number        Street

Atlanta                                    GA        30309
_____
City                                        State       ZIP Code

404-954-9810                               JCHRISTY@SWFLLP.COM
_____
Contact phone                              Email address

125518                                     GA
_____
Bar number                                 State

---

## RESOLUTION AND CONSENT

The undersigned being all of the Managers and all of the Members of CWI Cherokee LF LLC, an Alabama limited liability company (the "**Company**") do hereby waive notice of meeting and adopt the following resolutions by unanimous written consent:

RESOLVED, the Company is hereby authorized to file a petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Northern District of Georgia, Atlanta Division by and through Stephen Witmer, acting as agent of CWI Alabama Member LLC, the Manager of the Company ("Manager"), and is authorized to execute and deliver the petition and such other documents as are required in order to commence and prosecute the reorganization case;

FURTHER RESOLVED, that Manager is hereby authorized, in their sole discretion and without further consents, to execute and deliver any and all documents of any kind or nature, including but not limited to: the petition, declarations, verifications, resolutions, statement of financial affairs, disclosure statements, disclosures, plans of reorganization, and amendments, or modifications of the aforesaid documents or other documents which may be necessary, convenient or related to the filing of said bankruptcy action and the prosecution of a bankruptcy case.

FURTHER RESOLVED,  that Company is authorized to retain the law firm of Schreeder, Wheeler & Flint, LLP to represent it in advising it on financial restructuring and insolvency matters and to represent it in a Chapter 11 bankruptcy case at is standard hourly rates, and to pay Schreeder, Wheeler & Flint, LLP a cash retainer payable prior to filing the petition.  The Company, by and through the directors and officers, are authorized to execute and deliver any engagement letter or other instruments and documents as may be required to consummate the engagement.

Dated this 7th day of March, 2023

Manager:

CWI Alabama Member LLC, a Georgia limited liability company
By:  Stephen E. Witmer, its Managing Member

Member:

CWI Alabama Member LLC, a Georgia limited liability company
By:  Stephen E. Witmer, its Managing Member

**Fill in this information to identify the case:**

Debtor name ___CWI CHEROKEE LF LLC___

United States Bankruptcy Court for the: ___NORTHERN___   District of ___GA___
(State)

Case number: (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Brook T Smith Investment 2307 River Rd., Suite 200 Louisville, KY 40206 | 502-645-9191 | note | | | | $900,000 |
| 2  AJ Equity 1648 61st Street Brookly NY 11204 | | Capital Advance | | | | $300,000 |
| 3  Atomic Transport PO Box 2548 Chattanooga TN 80903 | 423-681-2708 | Vendor | | | | $160,000 |
| 4  Brickstone Fund 5314 16th Ave Suite 139 Brooklyn NY 11204 | | Capital Advance | | | | $300,000 |
| 5  Bill Cohen 3630 Peachtree Road, Suite 940 | Atlanta, Georgia 30326 | 404-231-3414 | note | | | | $300,000 |
| 6  Wes Shafto 1818 Avenue of Americas Monroe, LA | 318-388-8915 | note | | | | $200,000 |
| 7  10 Kings LLC 80 W. Wieuca Road N.E., Suite 170 Atlanta, GA 30342 | | note | | | | $200,000 |
| 8  Marshall Roberts 80 W. Wieuca Road N.E., Suite 170 Atlanta, GA 30342 | | note | | | | $100,000 |

Debtor   CWI CHEROKEE LF LLC _____   Case number (if known) _____
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Derek Griffin 80 W. Wieuca Road N.E., Suite 170 Atlanta, GA 30342 | | note | | | | $100,000 |
| 10 | The McPherson Companies, Inc. 5051 Cardinal Street Trussville, AL 35173 | 205-910-1990 | Vendor | | | | $80,000 |
| 11 | Evergreen Environmental 300 Noble Hill Rd Attalla AL 35954-0010 | 256-960-7426 | Vendor | | | | $75,000 |
| 12 | JLW Contracting LLC 2310 Bennett Rd Jasper AL 35503 | 205-522-3547 | Vendor | | | | $150,000 |
| 13 | Denali P.O. Box 740903 Atlanta, GA 30374-0903 | | Vendor | | | | $136,900 |
| 14 | American Services, LLC 2281 Stateline Rd W Southaven, MS 38671 | | Vendor | | | | $162,727 |
| 15 | Mid South Septic 11284 Gulf Stream Rd Arlington, TN 38002 | | Vendor | | | | $97,452 |
| 16 | Tractor and Equipment PO Box 12326 Birmingham, AL 35202 | 866-591-2131 | Vendor | | | | $375,000 |
| 17 | Thompson Tractor PO Box 934005 Atlanta, Georgia 31193 | 205-841-8601 | Vendor | | | | $186,000 |
| 18 | CDG Engineering PO Box 278 Andalusa AL 36420 | 334-222-9431 | Vendor | | | | $125,000 |
| 19 | Republic Services PO Box 677839 Dallas, TX 75267 | 256-327-4458 | Vendor | | | | $90,000 |
| 20 | Valicor Environmental Services Dept 77380 PO Box 77000 Detroit, MI 48287 | | Vendor | | | | $76,147 |

---

**Fill in this information to identify the case and this filing:**

Debtor Name _____

United States Bankruptcy Court for the: _____ District of _____
                                                                                    (State)

Case number *(if known)*: _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors                12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐  *Schedule H: Codebtors* (Official Form 206H)

☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  *Amended Schedule* ____

☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/07/2023                X _____
                MM / DD / YYYY                          Signature of individual signing on behalf of debtor

                                                    Stephen E. Witmer
                                                    Printed name

                                                    Manager of CWI Alabama Member LLC, the Manager of Debtor
                                                    Position or relationship to debtor

---

Official Form 202                  Declaration Under Penalty of Perjury for Non-Individual Debtors

Blue Cross Blue Shield of Alabama
PO Box 362165
Birmingham, AL 35236-9832

James E. Alexander Land Surveying
PO Box 160
Sheffield, AL 35660

Republic Services
PO BOX 677839
Dallas, TX 75267-7839

Marland Hayes
Hayes Ingram LLC
PO Box 2653
Tuscaloosa, AL 35403-2653

Brook T Smith Investment
2307 River Road, Suite 200
Louisville, KY 40206

AI Equity
1648 61st Street
Brooklyn, NY 11204

Brickstone Fund
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

Bill Cohen
3630 Peachtree Road, Suite 940
Atlanta, Georgia 30326

Wes Shafto
1818 Avenue of Americas
Monroe, LA 71201

10 Kings LLC
80 W. Wieuca Road NE
Suite 170
Atlanta, GA 30342

Marshall Roberts
80 W. Wieuca Road NE
Suite 170
Atlanta, GA 30342

Derek Griffin
80 W. Wieuca Road NE
Suite 170
Atlanta, GA 30342

The McPherson Companies Inc.
5051 Cardinal Street
Trussville, AL 35173

Evergreen Environmental
300 Noble Hill Road
Attalla, AL 35954-0010

Fundamental Capital SPE
100 Garden City Plaza
Suite 410
Garden City, NY 11530

Phil Adams
Walker Building
205 South Ninth Street
PO Box 2069
Opelika, Alabama 36803

City of Athens
PO Box 1089
Athens, AL 35612

Alabama Department of Labor
649 Monroe Street
Montgomery, Alabama 36131

Alabama Dept. of Environmental Management
Permits and Services Division
1400 Coliseum Blvd.
Montgomery, Alabama 36110-2400

Alabama Dept. of Environmental Management
Permits and Services Division
PO Box 301463
Montgomery, Alabama 36130-1463

Anderson Trucking, LLC
5505 McCaleb Drive
Dora, Alabama 35062

Bluevine Capital Inc.
30 Montgomery Street, Suite 1400
Jersey City, NJ 07302

AT&T
c/o Business Bankruptcy
PO Box 769
Arlington, TX 76004

First Metro Bank
301 N. Main Street
Tuscumbia, Alabama 35674

Fleet Pride
1336 State Hwy 20
Tuscumbia, Alabama 35674

U.S. Postal Service
Accounting Service Center
2825 Loan Oak Parkway
Eagan, MN 55121

Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 7346
Philadelphia, PA 19101-7346

ADCO Pipe & Supply LLC
4014 Florence Blvd
Florence AL 35634
United States"

AL Department of Revenue
50 North Ripley Street
Montgomery AL 36132
United States"

Alabama Child Support Payment Center
P.O. Box 244015
Montgomery AL 36124-4015"

AL Dept. of Revenue, Business Privilege Tax Section
P O Box 327320
Montgomery AL"

Alabama Hose Products
610 Tyler Avenue
Muscle Shoals AL 35661"

American Paper & Twine
7400 Cockrill Bend Blvd.
PO Box 90348
Nashville TN 37209

American Services, LLC
2281 Stateline Rd W
Southaven, MS 38671

Andy's Wrecker Service
20850 Highway 72
Tuscumbia AL 35674"

Apache Electrical Contractors Inc.
115 Ryland Ridge Circle, Unit 39
Huntsville AL 35811"

Arnold's Truck Stop, Inc.
1460 Highway 20
Tuscumbia AL 35674"

Athens Utilities
P.O. Box 830200
Birmingham AL 35283
United States"

Atomic Transport LLC
Po Box 2548
Chattanooga TN 37409
United States"

Auto-Owners Insurance
P O Box 740312
Cincinnati OH 45274-0312"

Black & Hughston
406 West Avalon Avenue
Muscle Shoals AL 35661"

Blue Cross Blue Shield of Alabama
Payment Processing
P O Box 360037
Birmingham AL 35236-0037

Branum's Inc.
1364 Old Hwy 24
Trinity AL 35673"

Brentwood Development
P O Box 30
Mooresville AL 35639"

BT's Tires, Towing & Roadside
19592 Piney Chapel Road
Athens AL 35614"

Burr & Forman LLP
P O Box 830719
Birmingham AL 35283-0719

Byars|Wright, Inc.
P.O. Box 1309
Jasper AL 35501"

Carolina Software
P.O. Box 3097
Wilmington NC 28406"

Carter Enterprises, LLC
3260 County Road 45
Stanton AL 36790"

Caterpillar Financial Services
P.O. Box 730681
Dallas TX 75373"

CDG Engineering
P.O. Box 278
Andalusia AL 36420

Cherokee Auto Parts
8430 Hwy 72
Cherokee AL 35616"

Cherokee Truck & Trailer Repairs
P.O. Box 65
Cherokee AL 35616"

Civil Group LLC
919 E Avalon Avenue, Suite B
Muscle Shoals AL 35661"

CliftonLarsonAllen LLP
PO Box 740863
Atlanta GA 30374-0863

Comcast
P.O. Box 71211
Charlotte NC 28272-1211
United States"

Corporate Billing LLC
P O Box 830604, Dept 100
Birmingham AL 35283"

CT Corporation
P O Box 4349
Carol Stream IL 60197-4349"

CWI Alabama LLC
1750 Cane Creek Road
Cherokee AL 35616"

CWI Cherokee Landfill LLC
P O Box 740550
Tuscumbia AL 35674"

CWI Enterprises LLC
3284 Northside Parkway, Suite 600
Atlanta GA 30327"

CWI Transfer HSV LLC
c/o Amy Pearson, First State Bank, 101 S Center St
Lonoke AR"

Daniel Rosser
201 North Main Street
Tuscumbia AL 35674"

Davis Services
5340 Hawk Pride Mountain Road
Tuscumbia AL 35674"

Day Help
432 Magazine Street
Tupelo MS 38804"

Denali
P.O. Box 740903
Atlanta, GA 30374-0903

Dentons Sirote PC
Post Office Box 55509
Birmingham AL 35255-5509

Duck Trout Marketing Co.
1165 Standard Drive
Atlanta GA 30319"

East Manufacturing Corp.
P.O. Box 277
Randolph OH 44265"

Eddie's Collision Repair Inc.
21441 Highway 24
Russellville AL 35653"

Fuller Heating & Air
509 Woodward Avenue
Muscle Shoals AL 35661"

GT Michelli Co., Inc.
130 Brookhollow Esplanade
Harahan LA 70123

G. Brian Patterson, Revenue Commissioner
100 S Clinton Street, Suite A
Athens AL 35611"

Gilbert Jean
2811 Long Drive
Jasper AL 35504"

Gunn Co Pump & Control Inc.
P O BOX 2789
CUMMING GA 30028"

Hines Tire Center, Inc.
419 South Court Street
Florence AL 35630"

Homrich
200 Matlin Road
Carleton MI 48117"

Huntsville Utilities
Huntsville AL 35895
United States"

Integrated Corporate Solutions, Inc.
P.O. Box 443
Florence AL 35631"

IPFS Corporation of the South
P O Box 730223
Dallas TX 75373-0223"

ISCO Industries, Inc.
1974 Solutions Center
Chicago IL 60677-1009

JJ Keller & Associates Inc.
P O Box 6609
Carol Stream IL 60197-6609"

J.W. Hines Tire & Recycling Co., Inc.
1313 East 6th Street
Tuscumbia AL 35674"

JLW Contracting LLC
2310 Bennett Rd
Jasper AL 35503"

Justin Taylor
5210 Stonehaven View
Cummings GA 30040"

Kelly's Truck Tire Service
2832 Jordan Lane NW
Huntsville AL 35816"

Law Office of Tom Heflin
P O Box 320
Sheffield AL 35660"

Leigh, King & Associates PC
603 E 2nd St
Sheffield AL 35660-3276"

Leigh, King , Norton & Underwood PC
603 East Second Street
Sheffield AL 35630"

Limestone County District Court
P.O. Box 964
Athens AL 35611"

Madison Mobile Storage Inc.
P O Box 2222
Decatur AL 35609-2222"

Mid South Septic
11284 Gulf Stream Rd
Arlington, TN 38002

Mobile Mini
PO Box 650882
Dallas TX 75265-0882

Napa-Moore Automotive Supply, Inc.
PO Box 512
Tishomingo MS 38873

NAPA Auto Parts
84310 Hwy 72
Cherokee AL 35616"

NEXTRAN Truck Centers
13880 Highway 20
Madison AL 35758"

Waste Connections
Northeast Mississippi Regional
P.O. Box 311
Walnut MS 38683

NortonUnderwood PC
102 N Main Street
Tuscumbia AL 35674"

P&F Industrial Enterprises
1140 4th Street
Cherokee AL 35616"

PIRTEK Huntsville
303 Hazelwood Avenue
Dothan AL 36303"

Profleet Semi Truck & Trailer Repair
615 Cox Street
Corinth MS 38834

Prudential
P O Box 41594
Philadelphia PA 19176"

Reed Maintenance
4700 Union Grove Road
Union Grove AL 35175

Regions Bank
Corporate Trust Operations
250 Riverchase Parkway, E
4th Floor
Birmingham AL 35244

Romans Lock Service
1205 SW 11 1/2 Avenue
Sheffield AL 35660"

SEAM Financial LLC
P O Box 1506
O'Fallon IL 62269"

Searcy Tire LLC
3356 Mulberry Lane
Cherokee AL 35616"

Sheffield Insurance
900 Corporate Drive
Birmingham AL 35242"

Sheffield Utilities
P O Box 580
Sheffield AL 35660-0580"

Simmons Tire Company
P O Box 808
Sheffield AL 35660"

Southern Environmental Engineering Inc.
P O Box 3241
Florence AL 35630"

Southern Tire Mart
Dept 143, P O Box 1000
Memphis TN 38148"

TEC Cherokee Office
P O Box 23728
Jackson MS 39225-3728

Terrain Technology, Inc.
2993 Heavenly Lane
Snellville GA 30078

The McPherson Companies Inc.
Dept #6445
P O Box 11407
Birmingham AL 35246-6445"

Thompson Tractor Co., Inc.
PO Box 934005
Atlanta GA 31193-4005

Tommy L. Oswalt, Revenue Commissioner
P.O. Box 741010
Tuscumbia AL 35674"

Town of Cherokee
P O Box D
Cherokee AL 35616-0200"

Tractor & Equipment Company
P O Box 12326
Birmingham AL 35202-2326"

Tri Cities Truck Parts
1200 E 2nd Street
Muscle Shoals AL 35661"

TriCities / Shoals Solid Waste Disposal Authority
P O Box 408
Tuscumbia AL 35674

Troxel Trailer
1004 Burlington Road
Saginaw TX 76179

Truckworx Kenworth
Corporate Billing, Dept 100
PO Box 830604
Birmingham AL 35283

Tuscumbia Utilities
P.O. Box 269
Tuscumbia AL 35674

United Site Services of MS, LLC
150 Pioneer Drive
Killen AL 35645"

United States Treasury
P O Box 742562
Cincinnati OH 45280-2562"

Valicor Environmental Services
Dept 77380
PO Box 77000
Detroit, MI 48287

Walker County Circuit Clerk
1801 3rd AVE
STE 205
Jasper AL 35501

Waste Connections
PO Box 311
Walnut, MS 38683

Watson McKinney LLP
200 Clinton Avenue W, Suite 110
Huntsville AL 35801

Wayne Holt
3210 Hatch Blvd
Sheffield AL 35660"

Wilks Tire & Batter Service
428 N Broad St
Albertville AL 35950"

Warrior Energy
9002 Energy Lane
Northport, Alabama 35476

ICS
501 S. Wood Avenue
Florence, Alabama 35630

J.T. Ray Company
4127 Helton Drive
Florence, Alabama 35630

Komatsu Financial
8770 W. Bryn Mawr Ave, Suite 100
Chicago, IL 60631

Midsouth Paving Inc.
23066 US-72
Tuscumbia, Alabama 35674

Ray Miller Buick-GMC, Inc.
246 Cox Creek Parkway
Florence, Alabama 35630

TN Dept. of Labor and Workforce Development
220 French Landing Drive
Nashville, TN 37243

On-Site Environmental
2605 Chelsea Ave
Memphis, TN 38108