**Fill in this information to identify the case:**

Debtor name _CWI Cherokee LF LLC_

United States Bankruptcy Court for the: _Northern_    District of _Georgia_
                                                                    (State)

Case number (If known): _23-52262-sms_

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1. **Gross revenue from business**

   ☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/23<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $ 1,622,124 |
| For prior year: | From 01/01/22<br>MM / DD / YYYY | to 12/31/22<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 9,108,926 |
| For the year before that: | From 01/01/21<br>MM / DD / YYYY | to 12/31/21<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 8,053,045 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From NA<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
| For prior year: | From 01/01/22<br>MM / DD / YYYY | to 12/31/22<br>MM / DD / YYYY | Insurance Settlement | $ 125,000 |
| For the year before that: | From 01/01/21<br>MM / DD / YYYY | to 12/31/21<br>MM / DD / YYYY | Insurance Settlement | $ 95,000 |

Debtor    CWI Cherokee LF LLC
_____    Case number *(if known)* 23-52262-sms
          Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Please see attached sheets for all transfers<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Steve Witmer<br>Insider's name<br>3284 Northside Parkway, Suite 600<br>Street<br>Atlanta          GA     30327<br>City          State     ZIP Code<br><br>**Relationship to debtor** | _____<br><br>_____<br><br>_____ | $Estimated $240,000 | Management |
| 4.2. | Insider's name<br><br>Street<br><br>City          State     ZIP Code<br><br>**Relationship to debtor** | _____<br><br>_____<br><br>_____ | $_____ | |

**Form 207 (Statement of Financial Affairs), Part 2, Section 3**

**3.1 Caterpillar Financial Services** (26,282.60)

P.O. Box 730681

Dalles, Texas 75373

Vendor

**3.2 Alabama Dept. of Revenue** (70,519.17)

50 N. Ripley Street

Montgomery, Alabama 36130

Taxes

**3.3 Atomic Transportation** (398,759.07)

Accounting Offices                              Corporate Headquarters

7105 Gault Ave. N.                              1301 Riverfront Parkway

Fort Payne, Alabama 35967                 Chattanooga, TN 37402

Vendor

**3.4 Auto-Owners Insurance** (8,160.71)

Corporate Address

6101 Anacapri BLVD.

Lansing, MI 48917

Insurance

**3.5 Blue Cross Blue Shield of Alabama** (42,534.84)

Payment Processing                           Corporate Headquarters

P.O. Box 360037                                450 Riverchase Parkway East

Birmingham, Alabama 35236-0037       Birmingham, Alabama 35244

Insurance

**3.6 Blue Vine** (27,957.66)

Corporate Headquarters

401 Warren Street

Redwood City, CA 94063

Vendor

**3.7 <u>Caterpillar Financial</u>** (34,374.15)

    P.O. Box 730681                                    Corporate Headquarters

    Dallas, TX 75373                                    2120 West End Avenue

                                                        Nashville, TN 37203

    Vendor

**3.8 <u>Clifton Larson Allen LLC</u>** (8,333.50)

    P.O. Box 740863                                  3575 Piedmont Road NE

    Atlanta, GA 30374-0863                      Building 15, Suite 1550

                                                      Atlanta, GA 30305

    Services account

**3.9 <u>CWI Transfer HSV</u>** (24,000.00)

    3284 Northside Parkway

    Suite 600

    Atlanta, GA 30327

    Lease

**3.10 <u>CWI Enterprises</u>** (177,471.57)

    3284 Northside Parkway

    Suite 600

    Atlanta, GA 30327

    Note

**3.11 <u>Evergreen Environmental</u>** (252,738.00)

    111 Northway Road, Suite D

    Columbia, SC 29201

    Vendor

**3.12 <u>Fundamental</u>** (49,293.26)

    100 Garden City Plaza

    Suite 410

    Garden City, New York 11530

Working Capital

**3.13 <u>ISCO Industries, Inc.</u>** (8,348.43)

  1974 Solutions Center        Corporate Headquarters
  Chicago, IL 60677-1009       100 Witherspoon Street
                    2 West
                    Louisville, KY 40202

  Vendor

**3.14 <u>JLW Contracting LLC</u>** (74,500.00)

  2310 Bennett Road
  Jasper, AL 35503
  Vendor

**3.15 <u>Mid-South Septic</u>** (124,363.50)

  11284 Gulf Stream Road
  Arlington, TN 38002
  Leachate disposal

**3.16 <u>P & F Industrial Enterprises</u>** (63,714.70)

  1140 4th Street
  Cherokee, AL 35616
  Royalty Payments

**3.17 <u>SEAM Financial, LLC</u>** (8,921.64)

  (Premium Finance)
  807 W. HWY 50 Ste. 4, P.O. Box 1506
  O'Fallon, IL 62269
  Insurance

**3.18 <u>Regions Bank</u>** (546,822.70)

  Corporate Trust Operations
  250 Riverchase Parkway, E.
  4th Floor
  Birmingham, AL 35244

Revenue Account

**3.19 <u>Stephen E. Witmer</u>** (128,786.64)
    3284 Northside Parkway
    Suite 600
    Atlanta, GA 30327
    Management Fees

**3.20 <u>Sibley Oil</u>** (8,269.80)
    1070 Tennessee Street
    Courtland, AL 35618
    Fuel

**3.21 <u>Schreeder Wheeler Flint, LLP</u>** (75,000.00)
    1100 Peachtree Street NE
    Suite 800
    Atlanta, GA 30309
    Legal Services

**3.22 <u>Tanner Guin</u>** (10,000.00)
    2711 University Blvd.
    Suite 201
    Tuscaloosa, AL 35401
    Legal

**3.23 <u>Thompson Tractor Co., Inc.</u>** (24,226.50)
    P.O. Box 934005
    Atlanta, GA 31193-4005
    Equipment Repair and Rental

**3.24 <u>Vulcan</u>** (13,395.70)
    23314 HWY 72
    Tuscumbia, AL 35674
    Stone

**3.25 <u>Waste Connections</u>** (347,467.88)

     3 Waterway Square PL

     The Woodlands, TX 77380

     MSW Disposal

Debtor   CWI Cherokee LF LLC
_____
Name

Case number (if known) 23-52262-sms
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |
| 5.2. | | | |
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Solid Waste Disposal Authorities v. CWI Cherokee LF, LLC, and Stephen E. Witmer | | Circuit Court of Colbert County, Alabama<br>Name<br>201 N Main Street<br>Street | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>20-CV-2023-900033.00 | | Tuscumbia      AL      35674<br>City          State          ZIP Code | |
| **Case title**<br>7.2. Cherokee Industrial Landfill Permit No. 17-10 | | Alabama Department of Environmental Management<br>Name<br>1400 Coliseum Blvd<br>Street | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| **Case number**<br>23-037-SW | | Montgomery      AL      36110<br>City          State          ZIP Code | |

| Debtor | CWI Cherokee LF LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Jeffrey L. Claunch <br> *Custodian's name* | Landfill | $_____ |
| 250 Commerce Street, 3rd Floor <br> *Street* | **Case title** | **Court name and address** |
| | Solid Waste Disposal Authorities v. CWI Cherokee LF, LLC, and Stephen E. Witmer | Circuit Court of Colbert County, Alabama <br> *Name* |
| Montgomery   AL   36104 <br> *City   State   ZIP Code* | **Case number** | 201 N Main Street <br> *Street* |
| | 20-CV-2023-900033.00 | |
| | **Date of order or assignment** | Tuscumbia   AL   35674 <br> *City   State   ZIP Code* |
| | March 1, 2023, but hearing on March 8 to make order permanent | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Willie Green Recreation Center <br> *Recipient's name* | Donation for Youth Football League | _____ | $ 5000 |
| | 609 S East Street <br> *Street* | | | |
| | Tuscumbia   AL   35674 <br> *City   State   ZIP Code* | | | |
| | **Recipient's relationship to debtor** <br> Donation | | | |
| 9.2. | Curtis Roberts <br> *Recipient's name* | 2017 2500 Denali Truck | 09/01/22 | $ 5000 |
| | *Street* | | | |
| | *City   State   ZIP Code* | | | |
| | **Recipient's relationship to debtor** <br> Employee | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

Debtor    CWI Cherokee LF LLC
_____
Name

Case number *(if known)* 23-52262-sms

---

| **Part 6:** | **Certain Payments or Transfers** |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schreeder, Wheeler & Flint LLP | | March 7, 2023 | $ 75,000 |
| | **Address** | | | |
| | 1100 Peachtree Street | | | |
| | Street | | | |
| | Suite 800 | | | |
| | Atlanta           GA           30309 | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | swfllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | NA | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $ |
| **Trustee** | | | |

---

Debtor     CWI Cherokee LF LLC                                                    Case number *(if known)* 23-52262-sms
           Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

13.1. _____    _____    _____    $_____

    **Address**    _____

    Street

    City           State   ZIP Code

    **Relationship to debtor**

    _____

    **Who received transfer?**    _____    _____    $_____

13.2. _____    _____

    **Address**

    Street

    City           State   ZIP Code

    **Relationship to debtor**

    _____

**Part 7:     Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|

14.1. _____    From _____    To _____
    Street

    City           State   ZIP Code

14.2. _____    From _____    To _____
    Street

    City           State   ZIP Code

Debtor   **CWI Cherokee LF LLC**                          Case number *(if known)*  23-52262-sms
_____Name_____

---

**Part 8:**   **Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.1.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| **15.2.** _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City    State    ZIP Code | _____<br><br>**Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:**   **Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

---

Debtor    CWI Cherokee LF LLC
_____
Name

Case number *(if known)* 23-52262-sms

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name<br>_____<br>Street<br>_____<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* 23-52262-sms |
|---|---|---|
| | Name | |

---

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $ _____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

---

## Part 12:  Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Alabama Department of Environmental Management | Consent Order | ☐ Pending |
| | Name | | ☐ On appeal |
| **Case number** | 1400 Coliseum Blvd | | ☑ Concluded |
| Order Nos. 22-110-CWP; 23-037-SW | Street | | |
| | Montgomery          AL          36110 | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor      CWI Cherokee LF LLC _____      Case number *(if known)* 23-52262-sms _____
　　　　　　Name

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City　　　　State　　ZIP Code | City　　　　State　　ZIP Code | | |

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | CWI Alabama LLC<br>Name<br>3284 Northside Parkway, Suite 600<br>Street<br>Atlanta　　　GA　　30327<br>City　　　State　　ZIP Code | | EIN: 8 2 – 1 9 7 2 0 8 6<br>**Dates business existed**<br>From _____ To Present |
| 25.2. | Name<br>Street<br>City　　　State　　ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |
| 25.3. | Name<br>Street<br>City　　　State　　ZIP Code | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br>From _____ To _____ |

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* 23-52262-sms |
|---|---|---|
| | Name | |

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Norton Underwood | From 6-23-2020 To 3-31-2022 |
| Name | |
| 102 N Main Street | |
| Street | |
| Tuscumbia          AL          35674 | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** CliftonLarsonAllen LLP | From 4-1-2022 To Present |
| Name | |
| 3575 Piedmont Road NE | |
| Street | |
| Suite 1550 | |
| Atlanta          GA          30305 | |
| City          State          ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** CliftonLarsonAllen LLP | From _____ To _____ |
| Name | |
| 3575 Piedmont Road NE | |
| Street | |
| Suite 1550 | |
| Atlanta          GA          30305 | |
| City          State          ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.** | From _____ To _____ |
| Name | |
| Street | |
| City          State          ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** CliftonLarsonAllen LLP | _____ |
| Name | _____ |
| 3575 Piedmont Road NE | _____ |
| Street | |
| Suite 1550 | |
| Atlanta          GA          30305 | |
| City          State          ZIP Code | |

Debtor    CWI Cherokee LF LLC
_____
Name

Case number *(if known)* 23-52262-sms
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | _____ |
| Street | _____ |
| City      State      ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| **26d.1.** Municipal Securites Rulemaking Board (MSRB) |
| Name |
| 1300 I Street |
| Street |
| Suite 1000 |
| Washington      D.C.      20005 |
| City      State      ZIP Code |

| Name and address |
|---|
| **26d.2.** Rice Advisory |
| Name |
| 250 Commerce Street |
| Street |
| 3rd Floor |
| Montgomery      AL      36104 |
| City      State      ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City      State      ZIP Code |

Debtor  CWI Cherokee LF LLC
_____
Name

Case number (*if known*)  23-52262-sms
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

**Name and address of the person who has possession of inventory records**

27.2.
_____
Name
_____
Street
_____
City                          State        ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Witmer | 3284 Northside Parkway, Suite 600 Manager | CWI Alabama Member LLC owns 100% of debtor | |
| | | Witmer owns 60% of CWI Alabama Member LLC | |
| | | | |
| | | | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Steve Witmer | Estimated $240,000 | _____ | Management |
| Name | | | |
| 3284 Northside Parkway, Suite 600 | | | |
| Street | | _____ | |
| Atlanta                 GA        30327 | | | |
| City                State     ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    CWI Cherokee LF LLC                                    Case number _(if known)_ 23-52262-sms
            _Name_

|  | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | Name | | | | |
|  | Street | | | | |
|  | City | State | ZIP Code | | |
|  | Relationship to debtor | | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: __ __ - __ __ __ __ __ __ |

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: __ __ - __ __ __ __ __ __ |

## Part 14:    Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this _Statement of Financial Affairs_ and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/04/2023
              MM / DD / YYYY

Signature of individual signing on behalf of the debtor

Position or relationship to debtor  Member/Manager

Printed name  Stephen E. Witmer

Are additional pages to _Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy_ (Official Form 207) attached?

☐ No

☑ Yes

**Fill in this information to identify the case:**

Debtor name     CWI CHEROKEE LF LLC

United States Bankruptcy Court for the: NORTHERN _____ District of GEORGIA
                                                              (State)

Case number (If known):    23-52262-sms

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**    $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 6 8 2 5 ___ | $ 58,175.59 |
| 3.2. | Regions Bank | Checking | 6 6 1 3 ___ | $ 4,696.96 |
| | First Metro Bank | Checking | 7 3 4 4 | 12,959.71 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Bond Funds (Regions Bank) | $ 2,114,841.11 |
| 4.2. | _____ | $ _____ |

5. **Total of Part 1**    $ 2,190,673

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | _____ | $ _____ |
| 7.2. | _____ | $ _____ |

Debtor    CWI Cherokee LF LLC
_____
Name

Case number *(if known)* 23-52262-sms

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. _____    $_____

8.2. _____    $_____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.    $_____

## Part 3:    Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

Current value of debtor's interest

11. **Accounts receivable**

11a. 90 days old or less:    432,624    –    0    = ........➔    $ 432,624
    face amount        doubtful or uncollectible accounts

11b. Over 90 days old:    680,174.40    –    193,837    = ........➔    $ 486,337
    face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.    $ 918,961

## Part 4:    Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____    _____    $_____

14.2. _____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:    % of ownership:

15.1. CWI ALABAMA LLC    100 %    _____    $ 137,720

15.2. _____    ____ %    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____    _____    $_____

16.2. _____    _____    $_____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    $_____

---

Debtor    CWI Cherokee LF LLC _____    Case number _(if known)_ __23-52262-sms__
         Name

---

| **Part 5:** | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | $ | | $ |
| **20. Work in progress** | MM / DD / YYYY | $ | | $ |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | $ | | $ |
| **22. Other inventory or supplies** | MM / DD / YYYY | $ | | $ |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

    $_____

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $ | | $ |
| **29. Farm animals** _Examples:_ Livestock, poultry, farm-raised fish | $ | | $ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $ | | $ |
| **31. Farm and fishing supplies, chemicals, and feed** | $ | | $ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $ | | $ |

---

Debtor    CWI Cherokee LF LLC
    Name

Case number *(if known)* 23-52262-sms

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

    ☐ No

    ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ 18,418 | _____ | $ 18,418 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 18,418

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor    CWI Cherokee LF LLC
        _____    Case number (if known)    23-52262-sms
        Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---------|------------------------------------|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| mini excavator, D3 skid steer, CAT 826 compactor | $_____ | _____ | $ 869,000 |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.    $ 869,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☐ No
    ☒ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

---

Debtor    CWI Cherokee LF LLC    Case number *(if known)*    23-52262-sms
        Name

---

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☒ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 1750 Cane Creek Road, Cherokee, AL 35616 | Landfill and adjacent property | $ 6,661,039.40 | | $ 6,661,039.40 |
| 55.2 2015 Missouri Street, Tuscumbia | Leasehold | $ 0 | | $ |
| 55.3 4583 Pryor Road, Madison, AL | Leasehold | $ 12,600 | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

56. **Total of Part 9.**                                                                                    $ 6,661,039.40

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☒ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☒ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ 7,604,200.05 | | $ 7,604,200.05 |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10.**                                                                                    $ 7,604,200.05

Add lines 60 through 65. Copy the total to line 89.

---

Debtor    CWI Cherokee LF LLC
        Name

Case number *(if known)* 23-52262-sms

---

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☐ No
- ☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☐ No
- ☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.
- ☐ No. Go to Part 12.
- ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

CWI Intercompany loan

_____ − _____ = ➜ $ 1,655,960.86
Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

NA

| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |
| | Tax year _____ | $_____ |

73. **Interests in insurance policies or annuities**

NA

$_____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

Please see attached sheet. The current value of debtor's interest is listed here.

$ 17,190,670

Nature of claim    _____

Amount requested    $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Tri Cities Solid Waste and Authority Development

$ 2,000,000

Nature of claim    Counterclaim

Amount requested    $_____

76. **Trusts, equitable or future interests in property**

$_____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

$_____

$_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$20,984,301

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
- ☑ No
- ☐ Yes

CWI Cherokee LF, LLC                  23-52262-sms

Schedule A/B, Part 11, Section 74:

Tyco, 3M, DuPont, ChemGuard
Nature of claim: Tort claim (Negligence, Trespass, product liability)
Amount requested: $16,709,670

Norton Underwood, P.C.
Nature of claim: Negligence; Breach of Fiduciary Duty
Amount requested: $200,000

Rice Advisory, LLC
Nature of claim: Intentional interference with contract; breach of fiduciary duty Amount
requested: $200,000

Debtor    CWI Cherokee LF LLC
          Name

Case number (if known)    23-52262-sms

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,190,673 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 918,961 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 18,418 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 869,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* ................................................➔ | | $ 6,661,039 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 7,604,200 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 20,984,301 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................. 91a. | $ 32,585,553 | + 91b. $ 6,661,039 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...........................................    $39,246,592

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | CWI Cherokee LF LLC |
| United States Bankruptcy Court for the: | Northern _____ District of __Georgia__ |
| | (State) |
| Case number (If known): | 23-52262-sms |

☐ Check if this is an
amended filing

### Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|
| Caterpillar Financial Services | Mini ex D3 skid | $ 146,667 | $ 269,00 |
| | D6 LGP dozer | | |

**Creditor's mailing address**
P.O. Box 730681
Dallas, TX 75373

**Describe the lien**
note

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**
_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** _____
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

---

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
|---|---|---|
| UMB | Disposal agreement between debtor and | $ 18,100,000 | $ 30,000,000 |
| | the Solid Waste Disposal Authority of the Cities of | | |
| | Muscle Shoals, Sheffield, and Tuscumbia, Alabama | | |

**Creditor's mailing address**
c/o Beth Brownstein, Arent Fox Schiff LLP
1301 Avenue of the Americas, 42nd Floor
New York, NY 10019

**Describe the lien**
Contract

**Creditor's email address, if known**
beth.brownstein@arentfox.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Date debt was incurred** June 23, 2020
**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 18,770,667

Debtor    CWI Cherokee LF LLC
_____    Case number (if known) 23-52262-sms
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2.3** **Creditor's name**

Shoals SWDA

**Creditor's mailing address**

2015 Missouri Street
Tuscumbia, AL 35674

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Equipment
$ 524,000   $ 600,000

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.__** **Creditor's name**

**Creditor's mailing address**

**Creditor's email address, if known**

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
  ☐ No. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____
  ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____   $_____

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    CWI Cherokee LF LLC

Name

Case number (if known) 23-52262-sms

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | CWI Cherokee LF LLC |
| United States Bankruptcy Court for the: | Northern    District of    GA |
| | (State) |
| Case number | 23-52262-sms |
| (If known) | |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2.** List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Alabama Department of Labor<br><br>649 Monroe Street<br><br>Montgomery, AL 36131<br><br>**Date or dates debt was incurred**<br><br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** $<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **Total claim**<br>Unknown | **Priority amount**<br>$ |
| **2.2** | **Priority creditor's name and mailing address**<br>Alabama Department of Revenue<br><br>50 North Ripley Street<br><br>Montgomery, AL 36132<br><br>**Date or dates debt was incurred**<br><br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** $ 60,850.04<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | | $ |
| **2.3** | **Priority creditor's name and mailing address**<br>Alabama Department of Revenue<br>Business Privilege Tax Section<br><br>P.O. Box 327320, Montgomery, AL 36124<br><br>**Date or dates debt was incurred**<br><br><br>**Last 4 digits of account number** ___ ___ ___ ___<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____) | **As of the petition filing date, the claim is:** $ Unknown<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br><br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $ |

Debtor    CWI Cherokee LP LLC _____    Case number *(if known)* 23-52262-sms
         Name

---

**Part 1.** | **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount**

---

**2.4** Priority creditor's name and mailing address | | $_____ | $_____

_____

____    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5** Priority creditor's name and mailing address | | $ Unknown | $_____

City of Athens

P.O. Box 1089

Athens, AL 35612

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6** Priority creditor's name and mailing address | | $ 17,291.53 | $ 14,358.85

Internal Revenue Service

Centralized Insolvency Operation

P.O. Box 7346, Philadelphia, PA 19101

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7** Priority creditor's name and mailing address | | $_____ | $_____

_____

_____    _____

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Debtor  CWI Cherokee LP LLC
        Name                                          Case number *(if known)* 23-52262-sms

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**     **Priority amount**

**2.8** Priority creditor's name and mailing address

$___  _____  $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.9** Priority creditor's name and mailing address

$_____  $_____  260.00

Tommy L. Oswalt, Revenue Commissioner

P.O.Box 741010

Tuscumbia, AL 35674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.10** Priority creditor's name and mailing address

$___  _____  $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

**2.11** Priority creditor's name and mailing address

$  Unknown  $_____

Tennessee Department of Labor and

Workforce Development

220 French Landing Drive, Nashville, TN 38108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (____)

---

Debtor _____CWI Cherokee LP LLC_____   Case number _(if known)_ __23-52262-sms__
          Name

| **Part 1.** | **Additional Page** |
|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.12** Priority creditor's name and mailing address

United States Treasury

P.O. Box 742562

Cincinnati, OH 45280

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Unknown

$  _____

---

**2.13** Priority creditor's name and mailing address

_____

_____

_____   _____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☑ No
☐ Yes

$___  _____

$  _____

---

**2.14** Priority creditor's name and mailing address

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$  _____

$  _____

---

**2.15** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
_____

**Is the claim subject to offset?**
☐ No
☐ Yes

$  _____

$  _____

| Debtor | CWI Cherokee LP LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1**
Nonpriority creditor's name and mailing address
10 Kings LLC

80 West Wieuca Road NE, Suite 170

Atlanta, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: note holder

$ 200,000

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.2**
Nonpriority creditor's name and mailing address
ADCO Pipe & Supply, LLC

4014 Florece Blvd

Florence, AL 35634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landfill vendor

$ 9,615.27

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3**
Nonpriority creditor's name and mailing address
AT&T

c/o Business Bankrupcty

Arlington, TX 76004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Phone bills

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4**
Nonpriority creditor's name and mailing address
AJ Equity

1648 61st Street
Brooklyn, NY 11204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Merchant Capital Advance

$ 300,000

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.5**
Nonpriority creditor's name and mailing address
American Services, LLC

2281 Stateline Road W

Southaven, MS 38671

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landfill vendor

$ 162,727

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.6**
Nonpriority creditor's name and mailing address
Anderson Trucking, LLC

5505 McCaleb Drive

Dora, AL 35062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: Hauling

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | CWI Cherokee LP LLC | Case number *(if known)* | 23-52262-sms |
|--------|---------------------|--------------------------|--------------|
|  | Name |  |  |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.7** Nonpriority creditor's name and mailing address
Andy's Wrecker Service

20850 Highway 72

Tuscumbia, AL 35674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Landfill vendor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ Unknown _____

---

**3.8** Nonpriority creditor's name and mailing address
Apache Electrical Contractors Inc.

115 Ryland Ridge Circle, Unit 39

Huntsville, AL 35811

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landfill vendor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ Unknown _____

---

**3.9** Nonpriority creditor's name and mailing address
Arnold's Truck Stop, Inc.

1460 Highway 20

Tuscumbia, AL 35674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Truck parts and fuel

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 621.05

---

**3.10** Nonpriority creditor's name and mailing address
Atomic Transport, LLC

P.O. Box 2548

Chattanooga, TN 37409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landfill vendor

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 134,330.40

---

**3.11** Nonpriority creditor's name and mailing address
Auto-Owners Insurance

P.O. Box 740312

Cincinnati, OH 45274

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance for Landfill Equipment

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ _____ Unknown _____

Debtor _____CWH Cherokee LF LLC_____   Case number *(if known)* ___23-52262-sms___
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.12**  Nonpriority creditor's name and mailing address

BT's Tires, Towing & Roadside

19592 Piney Chapel Road

Athens, AL 35614

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Roadside Services

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____Unknown_____

---

**3.13**  Nonpriority creditor's name and mailing address

Bill Cohen

3630 Peachtree Road, Suite 940

Atlanta, GA 30326

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  note holder

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____300,000_____

---

**3.14**  Nonpriority creditor's name and mailing address

Bluevine Capital Inc.

30 Montgomery Street, Suite 1400

Jersey City, NJ 07302

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchant Capital Advance

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$_____

---

**3.15**  Nonpriority creditor's name and mailing address

Brickstone Fund

5314 16th Avenue, Suite 139

Brooklyn, NY 11204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchant Capital Advance

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

$_____300,000_____

---

**3.16**  Nonpriority creditor's name and mailing address

Burr & Forman LLP

P.O. Box 830719

Birmingham, AL 35283

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal fees

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$_____87,809.25_____

---

| Debtor | CWI Cherokee LP, LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Byars Wright, Inc.

P.O. Box 1309

Jasper, AL 35501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Insurance Broker

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,012.51

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.18** Nonpriority creditor's name and mailing address

CDG Engineering

P.O. Box 278

Andalusia, AL 36420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Engineering fees

Is the claim subject to offset?
☒ No
☐ Yes

$ 135,968.77

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.19** Nonpriority creditor's name and mailing address

CT Corporation

P.O. Box 4349

Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Agent fees

Is the claim subject to offset?
☒ No
☐ Yes

$ 201.96

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.20** Nonpriority creditor's name and mailing address

CWI Enterprises, LLC

3284 Northside Parkway, Suite 600

Atlanta, GA 30327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Subsidiary

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

**3.21** Nonpriority creditor's name and mailing address

Carolina Software

P.O. Box 3097

Wilmington, NC 28406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software maintenance

Is the claim subject to offset?
☒ No
☐ Yes

$ 800.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

---

| Debtor | CWI Cherokee LP LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address

Cherokee Auto Parts

8430 Hwy 72
Cherokee, AL 35616

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

Basis for the claim: Auto parts

$ 4,261.81

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.23** Nonpriority creditor's name and mailing address

Civil Group, LLC

919 E Avalon Avenue, Suite B
Muscle Shoals, AL 35616

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Survey services

$ 4,200.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.24** Nonpriority creditor's name and mailing address

CliftonLarsonAllen LLP

P.O. Box 740863

Atlanta, GA 30374

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Accounting services

$ 71,000

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.25** Nonpriority creditor's name and mailing address

Comcast

P.O. Box 71211

Charlotte, NC 28272

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: Cable and wifi

$ 500.00

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**3.26** Nonpriority creditor's name and mailing address

Corporate Billing, LLC

P.O. Box 830604, Department 100
Birmingham, AL 35283

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

Basis for the claim: _____

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- ☒ No
- ☐ Yes

Debtor  GWI Cherokee LF LLC

Name

Case number *(if known)*  23-52262-sms

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.27** Nonpriority creditor's name and mailing address

Davis Services

53400 Hawk Pride Mountain Road

Tuscumbia, AL 35674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 925.00

Basis for the claim:   Trucking Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.28** Nonpriority creditor's name and mailing address

Denali

P.O. Box 740903

Atlanta, GA 30374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 138,900

Basis for the claim:   Leachate disposal

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.29** Nonpriority creditor's name and mailing address

Dentons Sirote P.C.

P.O. Box 55509

Birmingham, AL 35255

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 42,000

Basis for the claim:   Legal Services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.30** Nonpriority creditor's name and mailing address

Derek Griffin

80 W. Wieuca Road NE, Suite 170

Atlanta, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 100,000

Basis for the claim:   Note holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.31** Nonpriority creditor's name and mailing address

Evergreen Environmental Partners

300 Noble Hill Road

Attalla, AL 35954

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 77,198.06

Basis for the claim:   Disposal services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    CWH Cherokee LP LLC
          Name

Case number (if known)    23-52262-sms

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.32** Nonpriority creditor's name and mailing address
Fundamental Capital SPE

100 Garden City Plaza, Suite 410

Garden City, NY 11530

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:    Merchant Capital Advance

Is the claim subject to offset?
☒ No
☐ Yes

$ 58,000

---

**3.33** Nonpriority creditor's name and mailing address
GT Michelli Co., Inc.

130 Brookhollow Esplanade
Harahan, LA 70123

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Scale services

Is the claim subject to offset?
☒ No
☐ Yes

$ 3,762.50

---

**3.34** Nonpriority creditor's name and mailing address
Hines Tire and Service Center

419 Court Street

Florence, AL 35630

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 124.80

---

**3.35** Nonpriority creditor's name and mailing address
Integrated Corporate Solutions, Inc.

P.O. Box 443

Florence, AL 35631

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,573.33

---

**3.36** Nonpriority creditor's name and mailing address
J.T. Ray Company

450 Production Ave

Madison, AL 35758

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Repair services

Is the claim subject to offset?
☒ No
☐ Yes

$ 129.14

---

Debtor CWI Cherokee LP LLC
Name _____

Case number *(if known)* 23-52262-sms

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.37** **Nonpriority creditor's name and mailing address**

JLW Contracting LLC

2310 Bennett Road

Jasper, AL 35503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Site services

$ 140,000

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**338** **Nonpriority creditor's name and mailing address**

James E. Alexander Land Surveying

P.O. Box 160

Sheffield, AL 35660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Survey services

$ 8,675

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**339** **Nonpriority creditor's name and mailing address**

Leigh, King, Norton & Underwood P.C.

603 East 2nd Street

Sheffield, AL 35660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Accounting services

$ 1,062.50

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**

Madison Mobile Storage, Inc.

P.O. Box 2222

Decatur, AL 35609

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Storage fees

$ 1,200

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**

Marshall Roberts

80 W. Wieuca Road NE, Suite 170

Atlanta, GA 30342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Note holder

$ 100,000

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | CWH Cherokee LP, LLC | Case number *(if known)* | 23-52262-sms |
|--------|----------------------|--------------------------|--------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.42** Nonpriority creditor's name and mailing address
Mid South Septic

11284 Gulf Stream Road

Arlington, TN 38002

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Leachate disposal

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 67,452

---

**3.43** Nonpriority creditor's name and mailing address
The McPherson Companies, Inc.

P.O. Box 11407

Birmingham, AL 35246

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fuel services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 82,056.04

---

**3.44** Nonpriority creditor's name and mailing address
OTR Mobile

2114 E Fairview Ave

Johnson City, TN 37601

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Internet

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 123.76

---

**3.45** Nonpriority creditor's name and mailing address
P&F Industrial Enterprises

1140 4th Street

Cherokee, AL 35616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Royalty Payments

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 41,523.84

---

**3.46** Nonpriority creditor's name and mailing address
Phil Adams

Walker Building, 205 South Ninth Street

P.O. Box 36803

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Mediator services

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 22,000

---

Debtor CWH Cherokee LP LLC
Name

Case number *(if known)* 23-52262-sms

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address
Republic Services

P.O. Box 677839

Dallas, TX 75267

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Disposal services

$ 106,344.53

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address
SEAM Financial LLC

P.O. Box 1506

O'Fallon, IL 62269

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

$ Unknown

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address
Todd Moreland

P.O. Box 3069

Chattanooga, TN 37409

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Electric services

$ 150,000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address
Thompson Tractor Co., Inc.

P.O. Box 934005

Atlanta, GA 31193

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Vendor

$ 186,000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address
TEC Cherokee Office

P.O. Box 23728

Jackson, MS 39225

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Internet

$ 143.26

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

18

Debtor  CWH Cherokee LF LLC
    Name

Case number *(if known)*  23-52262-sms

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.52** Nonpriority creditor's name and mailing address

Terrain Technology, Inc.

2993 Heavenly Lane

Snellville, GA 30078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

$ 1,000

Basis for the claim: Engineering fees

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

United Site Services of MS, LLC

150 Pioneer Drive

Killen, AL 35645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 1,616.27

Basis for the claim: Dumpster services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address

Valicor Environmental Services Department 77380

P.O. Box 77000

Huntsville, AL 35806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 76,147

Basis for the claim: Leachate disposal

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address

Waste Connections

P.O. Box 311

Walnut, MS 38683

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 12,000

Basis for the claim: Fees

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address

Wayne Holt

3210 Hatch Blvd

Sheffield, AL 35660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ Unknown

Basis for the claim: Truck repair services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor    CWI Cherokee LP, LLC _____    Case number *(if known)* __23-52262-sms__
Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Wes Shafto

1818 Avenue of Americas

Monroe, LA 71201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Note holder

$ 200,000

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.58** Nonpriority creditor's name and mailing address

CWI Alabama, LLC

3284 Northside Parkway, Suite 600

Atlanta, GA 30327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 194,525

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.59** Nonpriority creditor's name and mailing address

Steve Witmer

3284 Northside Parkway, Suite 600

Atlanta, GA 30327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 1,253,737

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.60** Nonpriority creditor's name and mailing address

CWI Enterprises, LLC

3284 Northside Parkway, Suite 600

Atlanta, GA 30327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

$ 486,203

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.61** Nonpriority creditor's name and mailing address

Athens Utilities

PO Box 830200

Birmingham, AL 36283

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$ 883.25

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor _____CHEROKEE LF LLC_____          Case number _(if known)_____
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___** Nonpriority creditor's name and mailing address

Sheffield Utilities

PO Box 580

Sheffield, AL 35060

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ ____5359____

---

**3.___** Nonpriority creditor's name and mailing address

Tuscumbia Utilities

PO Box 269

Tuscumbia, AL 35674

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ ___Unknown___

---

**3.___** Nonpriority creditor's name and mailing address

Walker County Circuit Clerk

1801 3rd Ave, Suite 205

Jasper, AL 35501

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☒ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ ___Unknown___

---

**3.___** Nonpriority creditor's name and mailing address

Tri Cities/ Shoals Solid Waste Disposal Authority

PO Box 408

Tuscumbia, AL 35674

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ ___20,273.84___

---

**3.___** Nonpriority creditor's name and mailing address

_____

_____

_____

**As of the petition filing date, the claim is:**
_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$ _____

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor CWH Cherokee LP LLC
_____
Name

Case number *(if known)* 23-52262-sms

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____<br>☐ Not listed. Explain _____ | __ __ __ __ |

Debtor   CWI Cherokee LP LLC _____   Case number (if known) 23-52262-sms
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 75,468.89 |
| 5b. **Total claims from Part 2** | 5b. + | $ 5,296,985.11 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,372,454 |

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name **CWI Cherokee LF LLC**

United States Bankruptcy Court for the: **Northern** District of **Georgia**
(State)

Case number (If known): **23-52262-sms** Chapter **11**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Tri Cities Solid Waste and Development Authority | Tri Cities Solid Waste and Development Authority |
| | | Landfill lease | c/o Tim Leigh |
| | State the term remaining | 96 years, 3 months | Leigh, King & Associates, P.C. |
| | List the contract number of any government contract | | 603 East 2nd Street |
| | | | Sheffield, AL 35660 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Tri Cities Solid Waste and Development Authority | |
| | | Shoals Transfer Station | c/o Tim Leigh |
| | State the term remaining | 72 years, 3 months | Leigh, King & Associates, P.C. |
| | List the contract number of any government contract | | 603 East 2nd Street |
| | | | Sheffield, AL 35660 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Shoals Solid Waste and Development Authority | |
| | | Equipment Lease | c/o Tim Leigh |
| | State the term remaining | 0 | Leigh, King & Associates, P.C. |
| | List the contract number of any government contract | | 603 East 2nd Street |
| | | | Sheffield, AL 35660 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Tri Cities Solid Waste and Development Authority | |
| | | Disposal Contract | c/o Tim Leigh |
| | State the term remaining | 96 years, 3 months | Leigh, King & Associates, P.C. |
| | List the contract number of any government contract | | 603 East 2nd Street |
| | | | Sheffield, AL 35660 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | | |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* | 23-52262-sms |
|---|---|---|---|
| | Name | | |

### ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**
State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name _____CWI Cherokee LF LLC_____

United States Bankruptcy Court for the: __Northern_____ District of __Georgia__
(State)

Case number (If known): ____23-52262-sms____

☐ Check if this is an amended filing

Official Form 206H
## Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 CWI Enterprises, LLC | 3284 Northside Parkway, Suite 600<br>Street<br><br>Atlanta      GA      30327<br>City      State      ZIP Code | AJ Equity | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 CWI Enterprises, LLC | 3284 Northside Parkway, Suite 600<br>Street<br><br>Atlanta      GA      30327<br>City      State      ZIP Code | Brickstone Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.3 Steve Witmer | 3284 Northside Parkway, Suite 600<br>Street<br><br>Atlanta,      GA      30327<br>City      State      ZIP Code | AJ Equity | ☐ D<br>☑ E/F<br>☐ G |
| 2.4 Steve Witmer | Street<br><br>City      State      ZIP Code | Brickstone Group | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | Street<br><br>City      State      ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.6 | Street<br><br>City      State      ZIP Code | | ☐ D<br>☐ E/F<br>☐ G |

Debtor    CWI Cherokee LF LLC
_____
Name

Case number *(if known)*    23-52262-sms

---

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.___ _____ | Street _____ <br> _____ <br> City    State    ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

**Fill in this information to identify the case:**

Debtor name    CWI Cherokee LF LLC

United States Bankruptcy Court for the: __Northern__    District of __Georgia__
                                                                              (State)

Case number (If known):    23-52262-sms

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

---

### Part 1:    Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................    $ 6,661,039

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................    $ 32,585,553

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................    $ 39,246,592

---

### Part 2:    Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*............................    $ 18,769,667

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...............................    $ 75,468.89

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    + $ 5,296,985.11

4. **Total liabilities**.................................................................................    $ 24,142,121
   Lines 2 + 3a + 3b

---

**Fill in this information to identify the case:**

Debtor name _CWI CHEROKEE LF LLC_

United States Bankruptcy Court for the: _NORTHERN_ District of _GA_
(State)

Case number (If known): _____

☒ Check if this is an
amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an _insider,_ as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1  Todd Moreland PO Box 3069 Chattanooga TN 37404 | | Electric Services | | | | $150,000 |
| 2  AJ Equity 1648 61st Street Brookly NY 11204 | | Capital Advance | | | | $300,000 |
| 3  Atomic Transport PO Box 2548 Chattanooga TN 80903 | 423-681-2708 | Vendor | | | | $134,330 |
| 4  Brickstone Fund 5314 16th Ave Suite 139 Brooklyn NY 11204 | | Capital Advance | | | | $300,000 |
| 5  Bill Cohen 3630 Peachtree Road, Suite 940  \| Atlanta, Georgia 30326 | 404-231-3414 | note | | | | $300,000 |
| 6  Wes Shafto 1818 Avenue of Americas Monroe, LA | 318-388-8915 | note | | | | $200,000 |
| 7  10 Kings LLC 80 W. Wieuca Road N.E., Suite 170 Atlanta, GA 30342 | | note | | | | $200,000 |
| 8  Marshall Roberts 80 W. Wieuca Road N.E., Suite 170 Atlanta, GA 30342 | | note | | | | $100,000 |

Debtor    CWI CHEROKEE LF LLC
_____    Case number *(if known)*_____
    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Derek Griffin 80 W. Wieuca Road N.E., Suite 170 Atlanta, GA 30342 | | note | | | | $100,000 |
| 10 The McPherson Companies, Inc. 5051 Cardinal Street Trussville, AL 35173 | 205-910-1990 | Vendor | | | | $82,056.04 |
| 11 Evergreen Environmental 300 Noble Hill Rd Attalla AL 35954-0010 | 256-960-7426 | Vendor | | | | $77,198.06 |
| 12 JLW Contracting LLC 2310 Bennett Rd Jasper AL 35503 | 205-522-3547 | Vendor | | | | $140,000 |
| 13 Denali P.O. Box 740903 Atlanta, GA 30374-0903 | | Vendor | | | | $138,900 |
| 14 American Services, LLC 2281 Stateline Rd W Southaven, MS 38671 | | Vendor | | | | $162,727 |
| 15 Burr & Forman LLP PO Box 830719 Birmingham, AL 35283 | | professional fees | | | | 87,809.25 |
| 16 Mid-South Septic 11284 Gulf Stream Road Arlington, TN 38002 | | vendor | | | | 67,452 |
| 17 Thompson Tractor PO Box 934005 Atlanta, Georgia 31193 | 205-841-8601 | Vendor | | | | $186,000 |
| 18 CDG Engineering PO Box 278 Andalusa AL 36420 | 334-222-9431 | Vendor | | | | $125,000 |
| 19 Republic Services PO Box 677839 Dallas, TX 75267 | 256-327-4458 | Vendor | | | | $106,344 |
| 20 Valicor Environmental Services Dept 77380 PO Box 77000 Detroit, MI 48287 | | Vendor | | | | $76,147 |

Fill in this information to identify the case and this filing:

Debtor Name __CWI Cherokee LF LLC__

United States Bankruptcy Court for the: __Northern__    District of __Georgia__
                                                                                        (State)
Case number (*if known*): __23-52262-sms__

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __04/04/2023__    X _____
      MM / DD / YYYY                    Signature of individual signing on behalf of debtor

                                        _Stephen E Witmer_____
                                        Printed name

                                        _Member / Manager_____
                                        Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors

## United States Bankruptcy Court
### Northern District of Georgia, Atlanta Division

In re   CWI CHEROKEE LF LLC

Debtor(s)

Case No.   23-52262-SMS

Chapter   11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| CWI ALABAMA MEMBER LLC<br>3284 Northside Parkway, Suite 600<br>Atlanta, Georgia 30327 | MEMBER | 100% | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   04/04/2023

Signature

by Stephen E. Witmer, as Manager of CWI Alabama Member LLC, Manager of Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court

NORTHERN District Of GEORGIA

In re

CWI CHEROKEE LF LLC                                  Case No. 23-52262-SMS

**Debtor**                                              Chapter 11

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 425-550/hr**

                                                                          Pre-petition, counsel was paid $6,200 for
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . $ ~~services related to~~ preparation for this case,
                                                                          in addition to receiving a $68,800 retainer.
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ ~~No pre-petition~~ balance is due.

2. The source of the compensation paid to me was:

   ☐ Debtor        ☒ Other (specify) CWI ALABAMA, LLC (Subsidiary of Debtor)

3. The source of compensation to be paid to me is:

   ☒ Debtor        ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

    d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    e.   [Other provisions as needed]

        **Counsel has agreed to provide services to Debtor at its standard hourly rates.  The primary attorneys expected to work on this matter are John A. Christy, whose current hourly rate is $550 per hour, and Jonathan A. Akins, whose current hourly rate is $425 per hour.  Counsel will endeavor to use associates and contract attorneys to provide services at lower hourly rates where appropriate, which rates currently range from $285 to $400 per hour.

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

<div style="border:1px solid black; padding:10px;">

<div align="center">CERTIFICATION</div>

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 3/31/2023 | /s/ John A. Christy |
|---|---|
| *Date* | *Signature of Attorney* |
| | Schreeder, Wheeler & Flint, LLP |
| | *Name of law firm* |

</div>