**IT IS ORDERED as set forth below:**


**Date: April 7, 2023**

_____

**Sage M. Sigler**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| CWI CHEROKEE LF LLC | ) | CASE NUMBER: 23-52262-SMS |
| | ) | |
| Debtor. | ) | |
| | ) | |

ORDER GRANTING MOTION TO LIMIT NOTICES

This matter is before the Court on *Debtor's Motion to Limit Notices Pursuant
to Bankruptcy Rule 2002(i)* [Doc. 19] (the "Motion"). The record reflects that notice
of the motion and of the hearing was served upon the United State Trustee, the
twenty largest unsecured creditors, and all parties requesting notice. Upon
consideration of the motion and the record of this case, and for good cause shown,
it is hereby

**ORDERED** that the Motion is **GRANTED**.  Notices under Bankruptcy Rule 2002(a)(2) concerning the proposed use, sale, and lease of property of the estate, Bankruptcy Rule 2002(a)(3) concerning certain compromises or settlement of controversies, and Bankruptcy Rule 2002(a)(6) concerning certain requests for compensation, need only be served on the United States Trustee, the twenty largest unsecured creditors, and parties specifically requesting notices.  This order expressly does not limit notice of (i) the time fixed for filing proofs of claim pursuant to Rule 3003(c) of the Bankruptcy Rules; (ii) any motion to sell all or substantially all of the Debtor's assets; (iii) the time fixed for filing objection to, and the hearing to consider approval of, a disclosure statement or confirmation of a plan of reorganization; and (iv) notice and transmittal of ballots for accepting or rejecting a plan of reorganization.

**IT IS FURTHER ORDERED** that any party in interest may request to receive all notices by filing such a request with the Clerk of Court through the PACER system, or by filing such notice with the United States Bankruptcy Court, Room 1340, 75 Ted Turner Drive SW, Atlanta, Georgia 30303, and that Debtor's counsel shall serve a copy of this Order on all parties appearing on the mailing matrix of the court and promptly thereafter file a certificate of service with the Court.

2

**IT IS FURTHER ORDERED** that, following entry of this Order, Debtor shall file a Notice of Limited Service List identifying the mailing addresses of the parties to be served with limited notice pursuant to this Order – i.e., the United States Trustee, the twenty largest unsecured creditors, and parties specifically requesting notices. Each month, if any additional parties have requested notices or if any party on the Limited Service List has requested changes of address, Debtor shall file an amended Limited Service List to reflect such changes.

END OF DOCUMENT

Prepared and presented by:

 /s/  Jonathan A. Akins
JOHN A. CHRISTY
Georgia Bar 125518
jchristy@swfllp.com
JONATHAN A. AKINS
Georgia Bar No. 472453
jakins@swfllp.com

Attorneys for Debtor

SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516
Tel: (404) 681-3450
Fax: (404) 681-1046

Approved as to form:

/s/ (by J. Akins w/ express permission)
Alan Hinderleider
Georgia Bar No. 938543
Office of the United States Trustee
75 Ted Turner Drive, SW, Room 362
Atlanta, Georgia 30303

DISTRIBUTION LIST

John A. Christy
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309-4516

Alan Hinderleider
Office of the United States Trustee
75 Ted Turner Drive, SW, Room 362
Atlanta, Georgia 30303