**Fill in this information to identify the case:**

Debtor name __CWI Cherokee LF LLC__

United States Bankruptcy Court for the: __Northern__    District of __Georgia__
(State)

Case number (If known): __23-52262-sms__

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From 01/01/23<br>MM / DD / YYYY | to Filing date | ☑ Operating a business<br>☐ Other _____ | $ 1,622,124 |
| For prior year: | From 01/01/22<br>MM / DD / YYYY | to 12/31/22<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 9,108,926 |
| For the year before that: | From 01/01/21<br>MM / DD / YYYY | to 12/31/21<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | $ 8,053,045 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From NA<br>MM / DD / YYYY | to Filing date | _____ | $ _____ |
| For prior year: | From 01/01/22<br>MM / DD / YYYY | to 12/31/22<br>MM / DD / YYYY | Insurance Settlement | $ 125,000 |
| For the year before that: | From 01/01/21<br>MM / DD / YYYY | to 12/31/21<br>MM / DD / YYYY | Insurance Settlement | $ 95,000 |

Debtor   CWI Cherokee LF LLC
_____ Case number (if known) 23-52262-sms
         Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | Please see attached sheets for all transfers<br>Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | Creditor's name<br><br>Street<br><br>City          State     ZIP Code | _____<br><br>_____<br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Steve Witmer<br>Insider's name<br>3284 Northside Parkway, Suite 600<br>Street<br><br>Atlanta          GA     30327<br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $ Estimated $240,000 | Management |
| 4.2. | Insider's name<br><br>Street<br><br>City          State     ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br>_____ | $_____ | _____<br><br>_____<br><br>_____ |

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page 2

**Form 207 (Statement of Financial Affairs), Part 2, Section 3**

**3.1 <u>Caterpillar Financial Services</u>** (26,282.60)
      P.O. Box 730681
      Dalles, Texas 75373
      Vendor

**3.2 <u>Alabama Dept. of Revenue</u>** (70,519.17)
      50 N. Ripley Street
      Montgomery, Alabama 36130
      Taxes

**3.3 <u>Atomic Transportation</u>** (398,759.07)
      Accounting Offices                 Corporate Headquarters
      7105 Gault Ave. N.                 1301 Riverfront Parkway
      Fort Payne, Alabama 35967      Chattanooga, TN 37402
      Vendor

**3.4 <u>Auto-Owners Insurance</u>** (8,160.71)
      Corporate Address
      6101 Anacapri BLVD.
      Lansing, MI 48917
      Insurance

**3.5 <u>Blue Cross Blue Shield of Alabama</u>** (42,534.84)
      Payment Processing             Corporate Headquarters
      P.O. Box 360037                 450 Riverchase Parkway East
      Birmingham, Alabama 35236-0037   Birmingham, Alabama 35244
      Insurance

**3.6 <u>Blue Vine</u>** (27,957.66)
      Corporate Headquarters
      401 Warren Street
      Redwood City, CA 94063

Vendor

**3.7 <u>Caterpillar Financial</u>** (34,374.15)

    P.O. Box 730681                     Corporate Headquarters

    Dallas, TX 75373                    2120 West End Avenue

                                         Nashville, TN 37203

    Vendor

**3.8 <u>Clifton Larson Allen LLC</u>** (8,333.50)

    P.O. Box 740863                    3575 Piedmont Road NE

    Atlanta, GA 30374-0863            Building 15, Suite 1550

                                           Atlanta, GA 30305

    Services account

**3.9 <u>CWI Transfer HSV</u>** (24,000.00)

    3284 Northside Parkway

    Suite 600

    Atlanta, GA 30327

    Lease

**3.10 <u>CWI Enterprises</u>** (177,471.57)

    3284 Northside Parkway

    Suite 600

    Atlanta, GA 30327

    Note

**3.11 <u>Evergreen Environmental</u>** (252,738.00)

    111 Northway Road, Suite D

    Columbia, SC 29201

    Vendor

**3.12 <u>Fundamental</u>** (49,293.26)

    100 Garden City Plaza

    Suite 410

    Garden City, New York 11530

Working Capital

**3.13 <u>ISCO Industries, Inc.</u>** (8,348.43)

    1974 Solutions Center                     Corporate Headquarters
    Chicago, IL 60677-1009                 100 Witherspoon Street
                                         2 West
                                         Louisville, KY 40202

    Vendor

**3.14 <u>JLW Contracting LLC</u>** (74,500.00)

    2310 Bennett Road
    Jasper, AL 35503
    Vendor

**3.15 <u>Mid-South Septic</u>** (124,363.50)

    11284 Gulf Stream Road
    Arlington, TN 38002
    Leachate disposal

**3.16 <u>P & F Industrial Enterprises</u>** (63,714.70)

    1140 4th Street
    Cherokee, AL 35616
    Royalty Payments

**3.17 <u>SEAM Financial, LLC</u>** (8,921.64)

    (Premium Finance)
    807 W. HWY 50 Ste. 4, P.O. Box 1506
    O'Fallon, IL 62269
    Insurance

**3.18 <u>Regions Bank</u>** (546,822.70)

    Corporate Trust Operations
    250 Riverchase Parkway, E.
    4th Floor
    Birmingham, AL 35244

Revenue Account

**3.19 <u>Stephen E. Witmer</u>** (128,786.64)
  3284 Northside Parkway
  Suite 600
  Atlanta, GA 30327
  Management Fees

**3.20 <u>Sibley Oil</u>** (8,269.80)
  1070 Tennessee Street
  Courtland, AL 35618
  Fuel

**3.21 <u>Schreeder Wheeler Flint, LLP</u>** (75,000.00)
  1100 Peachtree Street NE
  Suite 800
  Atlanta, GA 30309
  Legal Services

**3.22 <u>Tanner Guin</u>** (10,000.00)
  2711 University Blvd.
  Suite 201
  Tuscaloosa, AL 35401
  Legal

**3.23 <u>Thompson Tractor Co., Inc.</u>** (24,226.50)
  P.O. Box 934005
  Atlanta, GA 31193-4005
  Equipment Repair and Rental

**3.24 <u>Vulcan</u>** (13,395.70)
  23314 HWY 72
  Tuscumbia, AL 35674
  Stone

**3.25 <u>Waste Connections</u>** (347,467.88)
> 3 Waterway Square PL
> The Woodlands, TX 77380
> MSW Disposal

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* 23-52262-sms |
|---|---|---|
| | Name | |

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 5.2. | Creditor's name | | | $_____ |
| | Street | | | |
| | City          State          ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's name | | | $_____ |
| Street | | | |
| City          State          ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

---

## Part 3:    Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Solid Waste Disposal Authorities v. CWI Cherokee LF, LLC, and Stephen E. Witmer | | Circuit Court of Colbert County, Alabama | ☒ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | 201 N Main Street | ☐ Concluded |
| | 20-CV-2023-900033.00 | | Street | |
| | | | Tuscumbia      AL      35674 | |
| | | | City          State          ZIP Code | |
| 7.2. | **Case title** | | Court or agency's name and address | ☐ Pending |
| | Cherokee Industrial Landfill Permit No. 17-10 | | Alabama Department of Environmental Management | ☐ On appeal |
| | | | Name | ☐ Concluded |
| | **Case number** | | 1400 Coliseum Blvd | |
| | 23-037-SW | | Street | |
| | | | Montgomery      AL      36110 | |
| | | | City          State          ZIP Code | |

---

7.3
Valicor Environmental Services v. CWI Cherokee LF LLC
Case No. 20-cv-2023-900029.00,
Circuit Court of Colbert County, Alabama, 201 N. Main Street, Tuscumbia, AL 35674
Nature: Suit on account
Status: Pending

Debtor    CWI Cherokee LF LLC
_____
Name

Case number (if known) 23-52262-sms
_____

---

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☐ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| Jeffrey L. Claunch<br>Custodian's name<br>250 Commerce Street, 3rd Floor<br>Street | Landfill | $_____ |
| | **Case title** | **Court name and address** |
| Montgomery        AL        36104<br>City        State        ZIP Code | Solid Waste Disposal Authorities v. CWI Cherokee LF, LLC, and Stephen E. Witmer | Circuit Court of Colbert County, Alabama<br>Name<br>201 N Main Street<br>Street |
| | **Case number**<br>20-CV-2023-900033.00 | |
| | **Date of order or assignment**<br>March 1, 2023, but hearing on March 8 to make order permanent | Tuscumbia        AL        35674<br>City        State        ZIP Code |

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Willie Green Recreation Center<br>Recipient's name<br>609 S East Street<br>Street | Donation for Youth Football League | _____ | $ 5000 |
| | Tuscumbia        AL        35674<br>City        State        ZIP Code | | | |
| | **Recipient's relationship to debtor**<br>Donation | | | |
| 9.2. | Curtis Roberts<br>Recipient's name<br>Street | 2017 2500 Denali Truck | 09/01/22 | $ 5000 |
| | City        State        ZIP Code | | | |
| | **Recipient's relationship to debtor**<br>Employee | | | |

---

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

---

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* | 23-52262-sms |
|---|---|---|---|
| | Name | | |

---

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Schreeder, Wheeler & Flint LLP | | March 7, 2023 | $ 75,000 |
| | **Address** | | | |
| | 1100 Peachtree Street | | | |
| | Street | | | |
| | Suite 800 | | | |
| | Atlanta              GA        30309 | | | |
| | City                 State      ZIP Code | | | |
| | **Email or website address** | | | |
| | swfllp.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | NA | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | **Address** | | | |
| | Street | | | |
| | City                 State      ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | $ |
| | **Trustee** | | | |

---

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* 23-52262-sms |
|---|---|---|
| | Name | |

---

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | _____ | _____ | $_____ |
| | | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | Who received transfer? | _____ | _____ | $_____ |
| | _____ | _____ | | |
| | **Address** | | | |
| | Street | | | |
| | City          State          ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | | Dates of occupancy | |
|---|---|---|---|---|
| 14.1. | _____ | | From _____ | To _____ |
| | Street | | | |
| | City          State          ZIP Code | | | |
| 14.2. | _____ | | From _____ | To _____ |
| | Street | | | |
| | City          State          ZIP Code | | | |

---

Debtor    CWI Cherokee LF LLC
_____
Name

Case number (if known)    23-52262-sms
_____

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____ Facility name | _____ | _____ |
| | _____ Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____ City    State    ZIP Code | _____ | *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

☐ No. Go to Part 10.

☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☐ No

☐ Yes

Debtor    CWI Cherokee LF LLC
_____
Name

Case number *(if known)* 23-52262-sms

---

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br>Street<br>City    State    ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City    State    ZIP Code | _____<br>_____<br>**Address**<br>_____ | _____<br>_____<br>_____ | ☐ No<br>☐ Yes |

---

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* 23-52262-sms |
|---|---|---|
| | Name | |

---

**Part 11:** **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | $_____ |
| Name | | | |
| Street | | | |
| City          State          ZIP Code | | | |

---

**Part 12:** **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☐ No
☑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Alabama Department of Environmental Management | Consent Order | ☐ Pending |
| | Name | | ☐ On appeal |
| Case number | 1400 Coliseum Blvd | | ☑ Concluded |
| Order Nos. 22-110-CWP; 23-037-SW | Street | | |
| | Montgomery      AL      36110 | | |
| | City          State          ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

---

Debtor    CWI Cherokee LF LLC
_____    Case number *(if known)* 23-52262-sms
        Name

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

---

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1.    CWI Alabama LLC<br>Name<br>3284 Northside Parkway, Suite 600<br>Street<br><br>Atlanta        GA      30327<br>City        State    ZIP Code | | EIN:  8  2 – 1  9  7  2  0  8  6<br>**Dates business existed**<br><br>From _____  To Present |
| 25.2.    Business name and address<br><br>Name<br>Street<br><br>City        State    ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |
| 25.3.    Business name and address<br><br>Name<br>Street<br><br>City        State    ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___<br>**Dates business existed**<br><br>From _____  To _____ |

---

Debtor   CWI Cherokee LF LLC
_____    Case number *(if known)* 23-52262-sms
        Name

---

### 26. Books, records, and financial statements

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26a.1.** Norton Underwood<br>Name<br>102 N Main Street<br>Street | From 6-23-2020 To 3-31-2022 |
| Tuscumbia     AL     35674<br>City     State     ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26a.2.** CliftonLarsonAllen LLP<br>Name<br>3575 Piedmont Road NE<br>Street<br>Suite 1550 | From 4-1-2022 To Present |
| Atlanta     GA     30305<br>City     State     ZIP Code | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| **26b.1.** CliftonLarsonAllen LLP<br>Name<br>3575 Piedmont Road NE<br>Street<br>Suite 1550 | From _____ To _____ |
| Atlanta     GA     30305<br>City     State     ZIP Code | |

| Name and address | Dates of service |
|---|---|
| **26b.2.**<br>Name<br><br>Street<br> | From _____ To _____ |
| City     State     ZIP Code | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** CliftonLarsonAllen LLP<br>Name<br>3575 Piedmont Road NE<br>Street<br>Suite 1550 | _____<br>_____<br>_____ |
| Atlanta     GA     30305<br>City     State     ZIP Code | |

Debtor     CWI Cherokee LF LLC
_____
Name

Case number *(if known)* 23-52262-sms
_____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. Name _____ Street _____ City _____ State ____ ZIP Code ____ | _____ _____ _____ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Municipal Securites Rulemaking Board (MSRB) <br> Name <br> 1300 I Street <br> Street <br> Suite 1000 <br> Washington         D.C.         20005 <br> City            State        ZIP Code |

| Name and address |
|---|
| 26d.2. Rice Advisory <br> Name <br> 250 Commerce Street <br> Street <br> 3rd Floor <br> Montgomery       AL       36104 <br> City            State        ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. Name _____ Street _____ City _____ State ____ ZIP Code ____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **12**

Debtor   CWI Cherokee LF LLC
_____
Name

Case number (if known)   23-52262-sms
_____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $ _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.
Name _____

Street _____

City _____    State _____   ZIP Code _____

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Witmer | 3284 Northside Parkway, Suite 600 Manager | CWI Alabama Member LLC owns 100% of debtor Witmer owns 60% of CWI Alabama Member LLC | |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |
| _____ | _____ | _____ | From ____ To ____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Steve Witmer | Estimated $240,000 | _____ | Management |
| Name | | | |
| 3284 Northside Parkway, Suite 600 | | _____ | |
| Street | | | |
| Atlanta         GA      30327 | | _____ | |
| City    State    ZIP Code | | | |
| Relationship to debtor | | _____ | |
| _____ | | _____ | |

Debtor    CWI Cherokee LF LLC                                    Case number (if known) 23-52262-sms
_____
Name

Name and address of recipient

30.2
Name

Street

City                    State        ZIP Code

Relationship to debtor

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?
☑ No
☐ Yes. Identify below.

Name of the parent corporation                          Employer Identification number of the parent
                                                        corporation

                                                        EIN: __ __ - __ __ __ __ __ __ __

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?
☑ No
☐ Yes. Identify below.

Name of the pension fund                                Employer Identification number of the pension fund

                                                        EIN: __ __ - __ __ __ __ __ __ __

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in
connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information
is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    4/20/2023
               MM  / DD  / YYYY

_____                Printed name    Stephen E. Witmer
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Manager of CWI Alabama Member, LLC, the Manager of Debtor

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

**Fill in this information to identify the case:**

Debtor name ____CWI CHEROKEE LF LLC_____

United States Bankruptcy Court for the: ___NORTHERN_____ District of ___GEORGIA___
                                                                                    (State)

Case number (If known): ___23-52262-sms_____

☑ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $_____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | PNC Bank | Checking | 6 8 2 5 __ | $ 58,175.59 |
| 3.2. | Regions Bank | Checking | 6 6 1 3 __ | $ 4,696.96 |
| | First Metro Bank | Checking | 7 3 4 4 | 12,959.71 |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1. | Bond Funds (Regions Bank) | $ 2,114,841.11 |
| 4.2. | | $ |

5. **Total of Part 1** — $ 2,190,673

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. Deposits, including security deposits and utility deposits

   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. | $ |
| 7.2. | $ |

Debtor     CWI Cherokee LF LLC                                    Case number *(if known)* 23-52262-sms
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1._____     $_____
   8.2._____     $_____

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                        | $_____ |

---

## Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

11. **Accounts receivable**

    11a. 90 days old or less:    432,624      –      0                    = ......➔    $ 432,624
                                 face amount        doubtful or uncollectible accounts

    11b. Over 90 days old:       680,174.40   –      193,837              = ......➔    $ 486,337
                                 face amount        doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.    | $ 918,961 |

---

## Part 4:   Investments

13. **Does the debtor own any investments?**

    ☒ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1._____    _____    $_____
    14.2._____    _____    $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                              % of ownership:

    15.1.___CWI ALABAMA LLC_____        100    %    _____    $   137,720
    15.2._____        _____  %    _____    $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1._____    _____    $_____
    16.2._____    _____    $_____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.                        | $_____ |

---

Debtor   CWI Cherokee LF LLC
         _____
         Name

Case number (if known)   23-52262-sms

---

## Part 5:   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 20. **Work in progress** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 21. **Finished goods, including goods held for resale** | MM / DD / YYYY | $_____ | _____ | $_____ |
| 22. **Other inventory or supplies** | MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 6:   Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | $_____ | _____ | $_____ |
| 29. **Farm animals** Examples: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| 31. **Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

---

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page 3

Debtor   CWI Cherokee LF LLC
         Name                                                Case number *(if known)*  23-52262-sms

33. **Total of Part 6.**                                                              $_____

Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____  Valuation method _____  Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $_____ | _____ | $_____ |
| 40. **Office fixtures** | $_____ | _____ | $_____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ 18,418 | _____ | $ 18,418 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1_____ | $_____ | _____ | $_____ |
| 42.2_____ | $_____ | _____ | $_____ |
| 42.3_____ | $_____ | _____ | $_____ |

43. **Total of Part 7.**                                                              $ 18,418

Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor  CWI Cherokee LF LLC

Name

Case number *(if known)*  23-52262-sms

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1 _____ | $ _____ | _____ | $ _____ |
| 47.2 _____ | $ _____ | _____ | $ _____ |
| 47.3 _____ | $ _____ | _____ | $ _____ |
| 47.4 _____ | $ _____ | _____ | $ _____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| 48.1 _____ | $ _____ | _____ | $ _____ |
| 48.2 _____ | $ _____ | _____ | $ _____ |

49. **Aircraft and accessories**

| 49.1 _____ | $ _____ | _____ | $ _____ |
| 49.2 _____ | $ _____ | _____ | $ _____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| mini excavator, D3 skid steer, CAT 826 compactor _____ | $ _____ | _____ | $ 869,000 |

51. **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

$ 869,000

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☑ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor    CWI Cherokee LF LLC
Name _____    Case number (if known) __23-52262-sms__

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as<br>Assessor Parcel Number (APN), and type of property<br>(for example, acreage, factory, warehouse, apartment<br>or office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 55.1 1750 Cane Creek Road, Cherokee, AL 35616 | Landfill and adjacent property | $ 6,661,039.40 | | $ 6,661,039.40 |
| 55.2 2015 Missouri Street, Tuscumbia | Leasehold | $ 0 | | $ |
| 55.3 4583 Pryor Road, Madison, AL | Leasehold | $ 12,600 | | $ |
| 55.4 | | $ | | $ |
| 55.5 | | $ | | $ |
| 55.6 | | $ | | $ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 6,661,039.40

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No
☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| **61. Internet domain names and websites** | $ | | $ |
| **62. Licenses, franchises, and royalties** | $ | | $ |
| **63. Customer lists, mailing lists, or other compilations** | $ | | $ |
| **64. Other intangibles, or intellectual property** | $ 7,604,200.05 | | $ 7,604,200.05 |
| **65. Goodwill** | $ | | $ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$ 7,604,200.05

Debtor    CWI Cherokee LF LLC
_____
          Name

Case number (if known) 23-52262-sms

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☒ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☒ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

|  |  |
|---|---|
|  | **Current value of debtor's interest** |

**71.** **Notes receivable**
Description (include name of obligor)

_CWI Intercompany loan_ _____ – _____ = ➔   $ 1,655,960.86
                       Total face amount    doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)
               NA

|  | Tax year _____ | $_____ |
|---|---|---|
|  | Tax year _____ | $_____ |
|  | Tax year _____ | $_____ |

**73.** **Interests in insurance policies or annuities**
                    NA                                          $_____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**
Please see attached sheet. The current value of debtor's interest is listed here.    $ 17,190,670

Nature of claim    _____

Amount requested    $_____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**
Tri Cities Solid Waste and Authority Development                                  2,000,000
                                                                               $_____

Nature of claim    Counterclaim

Amount requested    $_____

**76.** **Trusts, equitable or future interests in property**
_____                                              $_____

**77.** **Other property of any kind not already listed**  *Examples:* Season tickets, country club membership

_NPDES Permit_
_____                                              $ unknown
                                                             $_____

**78.** **Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                    | $20,984,301 |

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☒ No
☐ Yes

CWI Cherokee LF, LLC                    23-52262-sms

Schedule A/B, Part 11, Section 74:

Tyco, 3M, DuPont, ChemGuard
Nature of claim: Tort claim (Negligence, Trespass, product liability)
Amount requested: $16,709,670

Norton Underwood, P.C.
Nature of claim: Negligence; Breach of Fiduciary Duty
Amount requested: $200,000

Rice Advisory, LLC
Nature of claim: Intentional interference with contract; breach of fiduciary duty Amount
requested: $200,000

Tri Cities Solid Waste and Development Authority, City of Muscle Shoals, City of
Tuscumbia, and City of Sheffield
Nature of claim: breach of contract, tortious interference with business relationship,
conspiracy, fraud
Amount requested: not less than $2,000,000 (recorded in Answer #75)

Debtor    CWI Cherokee LF LLC _____    Case number (if known) 23-52262-sms
          Name

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,190,673 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $_____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $918,961 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $_____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $_____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $_____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $18,418 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $869,000 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................➔ | | $6,661,039 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $7,604,200 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $20,984,301 | |
| 91. **Total.** Add lines 80 through 90 for each column.............................91a. | $32,585,553 | + 91b. $6,661,039 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................

| $39,246,592 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | CWI Cherokee LF LLC |
| United States Bankruptcy Court for the: | Northern    District of Georgia |
| | (State) |
| Case number (If known): | 23-52262-sms |

☒ Check if this is an amended filing

<u>Official Form 206D</u>

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☒ Yes. Fill in all of the information below.

## Part 1:    List Creditors Who Have Secured Claims

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**

| | |
|---|---|
| **Creditor's name**<br>Caterpillar Financial Services | **Describe debtor's property that is subject to a lien**<br>Mini excavator, D3 skid steer, and |
| **Creditor's mailing address**<br>P.O. Box 730681<br>Dallas, TX 75373 | D6 LGP dozer |
| | **Describe the lien**<br>note |
| **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| **Date debt was incurred** _____ | **Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply. |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Column A: $ 146,667    Column B: $ 269,00

**2.2**

| | |
|---|---|
| **Creditor's name**<br>UMB | **Describe debtor's property that is subject to a lien**<br>Disposal agreement between debtor and |
| **Creditor's mailing address**<br>c/o Beth Brownstein, Arent Fox Schiff LLP<br>1301 Avenue of the Americas, 42nd Floor<br>New York, NY 10019 | the Solid Waste Disposal Authority of the Cities of<br>Muscle Shoals, Sheffield, and Tuscumbia, Alabama |
| | **Describe the lien**<br>Contract |
| **Creditor's email address, if known**<br>beth.brownstein@arentfox.com | **Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes |
| **Date debt was incurred** June 23, 2020 | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H). |
| **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply. |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Have you already specified the relative priority?<br>   ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>   ☐ Yes. The relative priority of creditors is specified on lines _____ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

Column A: $ 18,100,000    Column B: $ 30,000,000

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $ 18,770,667

Debtor    CWI Cherokee LF LLC
_____
Name

Case number *(if known)* 23-52262-sms

| Part 1: | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|
| | | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | | Do not deduct the value of collateral. | |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.3** Creditor's name

Shoals SWDA

Creditor's mailing address

2015 Missouri Street
Tuscumbia, AL 35674

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

Equipment

Describe the lien
_____

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$ 524,000     $ 600,000

---

**2._** Creditor's name

_____

Creditor's mailing address

_____
_____

Creditor's email address, if known

_____

Date debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    - ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

_____

Describe the lien
_____

Is the creditor an insider or related party?
- ☐ No
- ☐ Yes

Is anyone else liable on this claim?
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$_____     $_____

---

Debtor    CWI Cherokee LF LLC
_____
Name

Case number (*if known*) 23-52262-sms

---

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |
| | Line 2. __ | __ __ __ __ |

---

**Fill in this information to identify the case:**

Debtor _____ CWI Cherokee LF LLC _____

United States Bankruptcy Court for the: __Northern__ District of __GA__
(State)

Case number __23-52262-sms_____
(If known)

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address
Alabama Department of Labor

649 Monroe Street

Montgomery, AL 36131

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____Unknown_____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**2.2** Priority creditor's name and mailing address
Alabama Department of Revenue

50 North Ripley Street

Montgomery, AL 36132

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ __60,850.04__   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☒ No
☐ Yes

**2.3** Priority creditor's name and mailing address
Alabama Department of Revenue
Business Privilege Tax Section

P.O. Box 327320, Montgomery, AL 36124

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

As of the petition filing date, the claim is: $ _____Unknown_____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    CWH Cherokee LP LLC
      Name

Case number (if known) 23-52262-sms

| Part 1. | Additional Page |
|---|---|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | Total claim | Priority amount |
|---|---|---|

**2.4** Priority creditor's name and mailing address

_____

___    _____

___    _____

Total claim: $_____    Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.5** Priority creditor's name and mailing address

City of Athens

P.O. Box 1089

Athens, AL 35612

Total claim: $ Unknown    Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.6** Priority creditor's name and mailing address

Internal Revenue Service

Centralized Insolvency Operation

P.O. Box 7346, Philadelphia, PA 19101

Total claim: $ 17,291.53    Priority amount: $ 14,358.85

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.7** Priority creditor's name and mailing address

_____

_____    _____

_____    _____

Total claim: $_____    Priority amount: $_____

As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor  CWT Cherokee LP LLC
Name

Case number *(if known)* 23-52262-sms

**Part 1.** Additional Page

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | Total claim | Priority amount |
|---|---|---|

**2.8** Priority creditor's name and mailing address

$__    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.9** Priority creditor's name and mailing address

Tommy L. Oswalt, Revenue Commissioner
P.O.Box 741010
Tuscumbia, AL 35674

$_____    $_____  260.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.10** Priority creditor's name and mailing address

$__    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

**2.11** Priority creditor's name and mailing address

Tennessee Department of Labor and Workforce Development
220 French Landing Drive, Nashville, TN 38108

$_____  Unknown    $_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (____)

Debtor    CWI Cherokee LP LLC
Name

Case number (if known) 23-52262-sms

| **Part 1.** | **Additional Page** |

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.12** Priority creditor's name and mailing address

United States Treasury

P.O. Box 742562

Cincinnati, OH 45280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Total claim: $ Unknown

Priority amount: $

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.13** Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

$

$

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.14** Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

$

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.15** Priority creditor's name and mailing address

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$

$

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    page 4 of

| Debtor | CWI Cherokee LP LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**
Nonpriority creditor's name and mailing address
10 Kings LLC

80 West Wieuca Road NE, Suite 170

Atlanta, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: note holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 200,000

**3.2**
Nonpriority creditor's name and mailing address
ADCO Pipe & Supply, LLC

4014 Florece Blvd

Florence, AL 35634

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landfill vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 9,615.27

**3.3**
Nonpriority creditor's name and mailing address
AT&T

c/o Business Bankrupcty

Arlington, TX 76004

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Phone bills

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

**3.4**
Nonpriority creditor's name and mailing address
AJ Equity

1648 61st Street
Brooklyn, NY 11204

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Merchant Capital Advance

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 300,000

**3.5**
Nonpriority creditor's name and mailing address
American Services, LLC

2281 Stateline Road W

Southaven, MS 38671

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Landfill vendor

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 162,727

**3.6**
Nonpriority creditor's name and mailing address
Anderson Trucking, LLC

5505 McCaleb Drive

Dora, AL 35062

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: Hauling

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

Official Form 206E/F                Schedule E/F: Creditors Who Have Unsecured Claims                page 5 of __

| Debtor | CWH Cherokee LP LLC | Case number (if known) | 23-52262-sms |
|--------|---------------------|------------------------|--------------|
|        | Name                |                        |              |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.7** | **Nonpriority creditor's name and mailing address**

Andy's Wrecker Service

20850 Highway 72

Tuscumbia, AL 35674

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** Landfill vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ _____ Unknown _____

---

**3.8** | **Nonpriority creditor's name and mailing address**

Apache Electrical Contractors Inc.

115 Ryland Ridge Circle, Unit 39

Huntsville, AL 35811

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Landfill vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ _____ Unknown _____

---

**3.9** | **Nonpriority creditor's name and mailing address**

Arnold's Truck Stop, Inc.

1460 Highway 20

Tuscumbia, AL 35674

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Truck parts and fuel

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ _____ 621.05 _____

---

**3.10** | **Nonpriority creditor's name and mailing address**

Atomic Transport, LLC

P.O. Box 2548

Chattanooga, TN 37409

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Landfill vendor

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ _____ 134,330.40 _____

---

**3.11** | **Nonpriority creditor's name and mailing address**

Auto-Owners Insurance

P.O. Box 740312

Cincinnati, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** Insurance for Landfill Equipment

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$ _____ Unknown _____

---

| Debtor | CWH Cheroke LF LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.12** Nonpriority creditor's name and mailing address
BT's Tires, Towing & Roadside
19592 Piney Chapel Road
Athens, AL 35614

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ Liquidated and neither contingent nor disputed
Basis for the claim: Roadside Services

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ Unknown

**3.13** Nonpriority creditor's name and mailing address
Bill Cohen
3630 Peachtree Road, Suite 940
Atlanta, GA 30326

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: note holder

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 300,000

**3.14** Nonpriority creditor's name and mailing address
Bluevine Capital Inc.
30 Montgomery Street, Suite 1400
Jersey City, NJ 07302

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Merchant Capital Advance

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ _____

**3.15** Nonpriority creditor's name and mailing address
Brickstone Fund
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Merchant Capital Advance

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 300,000

**3.16** Nonpriority creditor's name and mailing address
Burr & Forman LLP
P.O. Box 830719
Birmingham, AL 35283

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: Legal fees

Is the claim subject to offset?
☒ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

$ 87,809.25

| Debtor | CWH Cherokee LP LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** Nonpriority creditor's name and mailing address

Byars Wright, Inc.

P.O. Box 1309

Jasper, AL 35501

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Insurance Broker

$ 4,012.51

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.18** Nonpriority creditor's name and mailing address

CDG Engineering

P.O. Box 278

Andalusia, AL 36420

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Engineering fees

$ 135,968.77

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.19** Nonpriority creditor's name and mailing address

CT Corporation

P.O. Box 4349

Carol Stream, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Agent fees

$ 201.96

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.20** Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

$ _____

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**3.21** Nonpriority creditor's name and mailing address

Carolina Software

P.O. Box 3097

Wilmington, NC 28406

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Software maintenance

$ 800.00

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | CWI Cherokee LLC LLC | Case number *(if known)* | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.22** Nonpriority creditor's name and mailing address
Cherokee Auto Parts

8430 Hwy 72
Cherokee, AL 35616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Auto parts

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,261.81

**3.23** Nonpriority creditor's name and mailing address
Civil Group, LLC

919 E Avalon Avenue, Suite B
Muscle Shoals, AL 35616

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Survey services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 4,200.00

**3.24** Nonpriority creditor's name and mailing address
CliftonLarsonAllen LLP

P.O. Box 740863
Atlanta, GA 30374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting services

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 71,000

**3.25** Nonpriority creditor's name and mailing address
Comcast

P.O. Box 71211
Charlotte, NC 28272

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Cable and wifi

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ 500.00

**3.26** Nonpriority creditor's name and mailing address
Corporate Billing, LLC

P.O. Box 830604, Department 100
Birmingham, AL 35283

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____
Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

$ Unknown

| Debtor | GWH Cherokee LP LLC | Case number *(if known)* | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**2.27** Nonpriority creditor's name and mailing address

Davis Services

53400 Hawk Pride Mountain Road

Tuscumbia, AL 35674

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim:  Trucking Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 925.00

---

**2.28** Nonpriority creditor's name and mailing address

Denali

P.O. Box 740903

Atlanta, GA 30374

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Leachate disposal

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 138,900

---

**2.29** Nonpriority creditor's name and mailing address

Dentons Sirote P.C.

P.O. Box 55509

Birmingham, AL 35255

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Legal Services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 42,000

---

**2.30** Nonpriority creditor's name and mailing address

Derek Griffin

80 W. Wieuca Road NE, Suite 170

Atlanta, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Note holder

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 100,000

---

**2.31** Nonpriority creditor's name and mailing address

Evergreen Environmental Partners

300 Noble Hill Road

Attalla, AL 35954

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Disposal services

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 77,198.06

| Debtor | CWH Cherokee LP LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.32** Nonpriority creditor's name and mailing address

Fundamental Capital SPE

100 Garden City Plaza, Suite 410

Garden City, NY 11530

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $ 58,000
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Merchant Capital Advance

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.33** Nonpriority creditor's name and mailing address

GT Michelli Co., Inc.

130 Brookhollow Esplanade
Harahan, LA 70123

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $ 3,762.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Scale services

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.34** Nonpriority creditor's name and mailing address

Hines Tire and Service Center

419 Court Street

Florence, AL 35630

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $ 124.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

Integrated Corporate Solutions, Inc.

P.O. Box 443

Florence, AL 35631

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $ 1,573.33
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

J.T. Ray Company

450 Production Ave

Madison, AL 35758

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $ 129.14
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Repair services

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor CWH Cherokee LP LLC
Name

Case number (if known) 23-52262-sms

---

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.37** | Nonpriority creditor's name and mailing address
JLW Contracting LLC

2310 Bennett Road
Jasper, AL 35503

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Site services

$ 140,000

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**338** | Nonpriority creditor's name and mailing address
James E. Alexander Land Surveying

P.O. Box 160
Sheffield, AL 35660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Survey services

$ 8,675

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**339** | Nonpriority creditor's name and mailing address
Leigh, King, Norton & Underwood P.C.

603 East 2nd Street
Sheffield, AL 35660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Accounting services

$ 1,062.50

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address
Madison Mobile Storage, Inc.

P.O. Box 2222
Decatur, AL 35609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Storage fees

$ 1,200

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address
Marshall Roberts

80 W. Wieuca Road NE, Suite 170
Atlanta, GA 30342

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Note holder

$ 100,000

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 12 of

| Debtor | CWI Cherokee LP LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.42** Nonpriority creditor's name and mailing address

Mid South Septic

11284 Gulf Stream Road

Arlington, TN 38002

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

Basis for the claim: Leachate disposal

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 67,452

---

**3.43** Nonpriority creditor's name and mailing address

The McPherson Companies, Inc.

P.O. Box 11407

Birmingham, AL 35246

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Fuel services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 82,056.04

---

**3.44** Nonpriority creditor's name and mailing address

OTR Mobile

2114 E Fairview Ave

Johnson City, TN 37601

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Internet

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 123.76

---

**345** Nonpriority creditor's name and mailing address

P&F Industrial Enterprises

1140 4th Street

Cherokee, AL 35616

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Royalty Payments

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 41,523.84

---

**3.46** Nonpriority creditor's name and mailing address

Phil Adams

Walker Building, 205 South Ninth Street

P.O. Box 36803

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: Mediator services

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
- [x] No
- [ ] Yes

$ 22,000

---

| Debtor | CWH Cherokee LF LLC | Case number (if known) | 23-52262-sms |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.47** Nonpriority creditor's name and mailing address
Republic Services
P.O. Box 677839
Dallas, TX 75267

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Disposal services

Is the claim subject to offset?
☑ No
☐ Yes

$ 106,344.53

Date or dates debt was incurred
Last 4 digits of account number

**3.48** Nonpriority creditor's name and mailing address
SEAM Financial LLC
P.O. Box 1506
O'Fallon, IL 62269

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Insurance

Is the claim subject to offset?
☑ No
☐ Yes

$ Unknown

**3.49** Nonpriority creditor's name and mailing address
Todd Moreland
P.O. Box 3069
Chattanooga, TN 37409

Basis for the claim: Electric services

Is the claim subject to offset?
☑ No
☐ Yes

$ 150,000

**3.50** Nonpriority creditor's name and mailing address
Thompson Tractor Co., Inc.
P.O. Box 934005
Atlanta, GA 31193

Basis for the claim: Vendor

Is the claim subject to offset?
☑ No
☐ Yes

$ 186,000

**3.51** Nonpriority creditor's name and mailing address
TEC Cherokee Office
P.O. Box 23728
Jackson, MS 39225

Basis for the claim: Internet

Is the claim subject to offset?
☑ No
☐ Yes

$ 143.26

18

Debtor ___CWH Cherokee LP LLC_____ Case number *(if known)* __23-52262-sms__
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.52** Nonpriority creditor's name and mailing address
Terrain Technology, Inc.

2993 Heavenly Lane

Snellville, GA 30078

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Engineering fees

$ 1,000

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address
United Site Services of MS, LLC

150 Pioneer Drive

Killen, AL 35645

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Dumpster services

$ 1,616.27

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.54** Nonpriority creditor's name and mailing address
Valicor Environmental Services Department 77380

P.O. Box 77000

Huntsville, AL 35806

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Leachate disposal

$ 76,147

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.55** Nonpriority creditor's name and mailing address
Waste Connections

P.O. Box 311

Walnut, MS 38683

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Fees

$ 12,000

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.56** Nonpriority creditor's name and mailing address
Wayne Holt

3210 Hatch Blvd

Sheffield, AL 35660

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Truck repair services

$ Unknown

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | CWI Cherokee LP LLC | Case number *(if known)* | 23-52262-sms |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.57** Nonpriority creditor's name and mailing address

Wes Shafto

1818 Avenue of Americas

Monroe, LA 71201

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

Basis for the claim: Note holder

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 200,000

**3.58** Nonpriority creditor's name and mailing address

CWI Alabama, LLC

3284 Northside Parkway, Suite 600

Atlanta, GA 30327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 194,525

**3.59** Nonpriority creditor's name and mailing address

Steve Witmer

3284 Northside Parkway, Suite 600

Atlanta, GA 30327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 1,253,737

**3.60** Nonpriority creditor's name and mailing address

CWI Enterprises, LLC

3284 Northside Parkway, Suite 600

Atlanta, GA 30327

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Loan

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 486,203

**3.61** Nonpriority creditor's name and mailing address

Athens Utilities

PO Box 830200

Birmingham, AL 36283

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

$ 883.25

| Debtor | CW CHEROKEE LF LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

Sheffield Utilities

PO Box 580

Sheffield, AL 35060

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [x] Contingent
- [ ] Unliquidated
- [ ] Disputed
- [ ] Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ ____ 5359

---

**3.___ Nonpriority creditor's name and mailing address**

Tuscumbia Utilities

PO Box 269

Tuscumbia, AL 35674

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ ___ Unknown

---

**3.___ Nonpriority creditor's name and mailing address**

Walker County Circuit Clerk

1801 3rd Ave, Suite 205

Jasper, AL 35501

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ ___ Unknown

---

**3.___ Nonpriority creditor's name and mailing address**

Tri Cities/ Shoals Solid Waste Disposal Authority

PO Box 408

Tuscumbia, AL 35674

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ ___ 20,273.84

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [ ] No
- [ ] Yes

$ _____

Debtor ___CWH Cherokee LP LLC_____    Case number (if known)___23-52262-sms____
    Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line _____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

Debtor    CWI Cherokee LF LLC
    Name

Case number *(if known)* 23-52262-sms

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ | 75,468.89 |
| 5b. **Total claims from Part 2** | 5b. + | $ | 5,296,985.11 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 5,372,454 |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

**Fill in this information to identify the case:**

Debtor name ___CWI Cherokee LF LLC___

United States Bankruptcy Court for the: ___Northern___ District of ___Georgia___
(State)

Case number (If known): ___23-52262-sms___    Chapter ___11___

☑ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | Tri Cities Solid Waste and Development Authority | c/o Tim Leigh |
| | | Landfill lease | Leigh, King & Associates, P.C. |
| | State the term remaining | 96 years, 3 months | 603 East 2nd Street |
| | List the contract number of any government contract | | Sheffield, AL 35660 |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | Tri Cities Solid Waste and Development Authority | c/o Tim Leigh |
| | | Shoals Transfer Station | Leigh, King & Associates, P.C. |
| | State the term remaining | 72 years, 3 months | 603 East 2nd Street |
| | List the contract number of any government contract | | Sheffield, AL 35660 |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | Shoals Solid Waste and Development Authority | c/o Tim Leigh |
| | | Equipment Lease | Leigh, King & Associates, P.C. |
| | State the term remaining | 0 | 603 East 2nd Street |
| | List the contract number of any government contract | | Sheffield, AL 35660 |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | Tri Cities Solid Waste and Development Authority | c/o Tim Leigh |
| | | Disposal Contract | Leigh, King & Associates, P.C. |
| | State the term remaining | 96 years, 3 months | 603 East 2nd Street |
| | List the contract number of any government contract | | Sheffield, AL 35660 |
| **2.5** | State what the contract or lease is for and the nature of the debtor's interest | Royalty Agreement | P&F Industrial Enterprises |
| | | | 1140 4th Street, 35616 |
| | State the term remaining | | Cherokee, AL 35616 |
| | List the contract number of any government contract | | |

| Debtor | CWI Cherokee LF LLC | Case number *(if known)* | 23-52262-sms |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._**

State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name __CWI Cherokee LF LLC_____

United States Bankruptcy Court for the: __Northern_____ District of __Georgia__
(State)

Case number (If known): __23-52262-sms___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

---

### Part 1:  Summary of Assets

1.  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a.  **Real property:**
   Copy line 88 from *Schedule A/B*..........................................................

   $ 6,661,039

   1b.  **Total personal property:**
   Copy line 91A from *Schedule A/B*.......................................................

   $ 32,585,553

   1c.  **Total of all property:**
   Copy line 92 from *Schedule A/B*.........................................................

   $ 39,246,592

---

### Part 2:  Summary of Liabilities

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................................

   $ 18,769,667

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a.  **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................

   $ 75,468.89

   3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................

   + $ 5,296,985.11

4.  **Total liabilities**................................................................................................
   Lines 2 + 3a + 3b

   $ 24,142,121

---

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name __CWI Cherokee LF LLC__

United States Bankruptcy Court for the: __Northern__      District of __Georgia__
                                                                    (State)

Case number (if known): __23-52262-sms__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

  *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

  Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __4/20/23__       **x** _____
         MM / DD / YYYY                     Signature of individual signing on behalf of debtor

                                            Steve Witmer,
                                            _____
                                            Printed name
                                            Manager of CWI Alabama Member, LLC, Manager of Debtor
                                            _____
                                            Position or relationship to debtor